# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00283DAE-BMK |
| CASE NAME: | Mokuleia v. Western |
| ATTYS FOR PLA: | John S. Edmunds, Bernard Bays, Warren Price III |
| ATTYS FOR DEFT: | Terence Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 1/12/2006 | TIME: | 10 - 11:30 |

COURT ACTION:  EP: Further Status Conference With Respect to Offers held. Settlement Conference set for 2-7-06 @ 10 a.m., Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager