# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00283DAE-BMK

CASE NAME: Mokuleia Preservation Partners v. Western United Life Assurance Co.

ATTYS FOR PLA: John S. Edmunds, Bernard Bays, Warren Price III

ATTYS FOR DEFT: Terence S. Yamamoto

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
|---|---|---|---|
| DATE: | 2/7/2006 | TIME: | 10 - 10:40 |

COURT ACTION:  EP: Settlement Conference held. Further Settlement Conference 3-9-06 @ 11:30 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager