Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE, III        1212
TERENCE S. YAMAMOTO      1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com
Email: tyamamoto@pohlhawaii.com

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 04-00283 DAE BMK<br><br>NOTICE OF HEARING; DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF TERENCES S. YAMAMOTO; EXHIBITS "1" TO "6"; CERTIFICATE OF SERVICE<br><br>HEARING:<br>Date: _____<br>Time: _____<br>Judge: Hon. David A. Ezra |

**NOTICE OF HEARING**

TO:  LEX R. SMITH, ESQ.
     CRAIG K. SHIKUMA, ESQ.
     KENNETH M. NAKASONE, ESQ.
     Kobayashi Sugita & Goda
     First Hawaiian Center
     999 Bishop Street, Suite 2600
     Honolulu, Hawaii 96813

     JOHN S. EDMUNDS, ESQ.
     RONALD J. VERGA, ESQ.
     Edmunds & Verga
     Davies Pacific Center
     841 Bishop Street, Suite 2104
     Honolulu, Hawaii 96813

     Attorneys for Plaintiffs
     MOKULEIA PRESERVATION PARTNERS, L.L.C.;
     MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.

NOTICE IS HEREBY GIVEN that Defendant WESTERN UNITED LIFE ASSURANCE COMPANY's Motion to Dismiss *In Rem* Claims and for Expungement of Notice of Pendency of Action shall come on for hearing before THE HONORABLE DAVID A. EZRA, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96813, on _____, at _____ a.m./p.m. or as soon as counsel may be heard.

Dated: Honolulu, Hawaii, February 16, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 04-00283 DAE BMK<br><br>DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION |

**DEFENDANT WESTERN UNITED LIFE ASSURANCE
COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR
EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION**

Defendant WESTERN UNITED LIFE ASSURANCE COMPANY ("WULA"), by and through its attorneys, PRICE OKAMOTO HIMENO & LUM, hereby respectfully requests that the Court dismiss, with prejudice, the *in rem* claims brought under the Complaint filed herein by MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C. ("Plaintiffs"), and expunge the Notice of Pendency of Action filed in connection therewith, because the Washington state court overseeing WULA's rehabilitation proceeding has prior exclusive *in rem* jurisdiction over all of WULA's real property, including the Dillingham Ranch property that is the subject of this action.

This motion is brought pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, and Haw. Rev. Stat.

§§ 501-151 and 634-51, and is based on the attached Memorandum in Support of Motion, the attached Exhibits "1" to "6", the records and files of this case, and such other information and matters as may be adduced at the hearing on this motion.

Dated: Honolulu, Hawaii, February 16, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE
COMPANY