IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> DECLARATION OF TERENCE S. YAMAMOTO |

### DECLARATION OF TERENCE S. YAMAMOTO

TERENCE S. YAMAMOTO, hereby declares:

1. I am an attorney duly licensed to practice in the State of Hawaii and before this Honorable Court.

2. I am one of the attorneys representing Defendant Western United Life Assurance Company ("WULA") in the above-captioned action.

3. I have personal knowledge of the matters stated herein.

4. Exhibit 1 attached hereto is a copy of the Order Of Rehabilitation And Appointment of Receiver, filed March 2, 2004 in the Thurston County Superior Court of the State of Washington, in Case No. 04-2-00406-1 ("Rehab. Order").

5. Exhibit 2 attached hereto is a copy of the Complaint; Summons filed on May 3, 2004 in the instant action.

6. Exhibit 3 attached hereto is a copy of the Demand For Arbitration filed by Plaintiff's on May 3, 2004 with Dispute Prevention & Resolution, Inc.

7. Exhibit 4A attached hereto is a copy of the Amended Order Of Rehabilitation And Appointment Of Receiver, filed October 22, 2004 in the Thurston County Superior Court of the State of Washington, in Case No. 04-2-00406-1 ("Am. Rehab. Order").

8. Exhibit 4B attached hereto is a certified copy of the Exemplified Foreign Judgment in S.P. No. 04-1-0505 VSM in the Circuit Court of the First Circuit, State of Hawaii.

9. Exhibit 5 attached hereto is a certified copy of the Notice of Pendency of Action recorded in the Regular System as Document No. 2004-087982, and with the Office Of The Assistant Registrar of the Land Court as Land Court Document No. 3104421.

10. Exhibit 6 attached hereto is a comparison of referenced Hawaii Revised Statutes sections and Revised Code of Washington sections.

I, TERENCE S. YAMAMOTO, do declare under penalty of law that I am over eighteen years of age and that the

2

foregoing statements are true and correct to the best of my knowledge.

    DATED:  Honolulu, Hawaii, February 16, 2006.

                                              _____
                                              TERENCE S. YAMAMOTO

3