# DISPUTE PREVENTION & RESOLUTION, INC.
# DEMAND FOR ARBITRATION©

RECEIVED
MAY 3 2004
DP&R, INC.

## This Demand is Made Upon: Name(s) of the Party(s)

**Respondent:** Western United Life Assurance Company
Address:   c/o Summit Property Development
           601 West First Avenue, Dept. 160000
           Spokane, WA 99201
Phone: 509-838-3111   Fax: 509-835-2758

**And** Western United Life Assurance Company
Address:   601 West First Avenue, Dept. 115000
           Spokane, WA 99201-5015
           Attn: Ms. Pat Johnson
Phone: 509-838-3111   Fax: 509-835-2758

Attorney: _____
Firm: _____
Address: _____
Phone: _____ Fax: _____

Attorney: _____
Firm: _____
Address: _____
Phone: _____ Fax: _____

The below-named Claimant, a party to an arbitration provision contained in a written contract/agreement, dated * _____, hereby demands arbitration pursuant thereto.
*See enclosed Demand for Arbitration.
Respondent(s) are hereby notified that copies of our arbitration agreement and this Demand for Arbitration are being filed with Dispute Prevention & Resolution, Inc. in Honolulu, Hawaii, along with a request to commence administration of an Arbitration proceeding.

Claimant's Signature: _____  Title: Attorney for Claimants
(May be Signed by Claimant's Attorney)

**Claimant:** Mokuleia Preservation Partners, L.L.C.
Address: c/o Kobayashi, Sugita & Goda
         999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813
Phone: 539-8700   Fax: 539-8799

**Claimant:** Dillingham Ranch Management LLC
Address: c/o Kobayashi, Sugita & Goda
         999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813
Phone: 539-8700   Fax: 539-8799

**Claimant:** Malani, Inc.
Address: c/o Kobayashi, Sugita & Goda
         999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813
Phone: 539-8700   Fax: 539-8799

**Claimant:** Mokuleia Polo Farms, L.L.C.
Address: c/o Kobayashi, Sugita & Goda
         999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813
Phone: 539-8700   Fax: 539-8799

Attorney: Lex R. Smith/Craig K. Shikuma/Kenneth M. Nakasone
Firm:    Kobayashi, Sugita & Goda
Address: 999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813
Phone: 539-8700   Fax: 539-8799

Attorney: _____
Firm: _____
Address: _____
Phone: _____ Fax: _____

☒ The arbitration provision in this matter is governed by Hawaii Revised State Section 658.
☐ We request an administrative conference with Dispute Prevention & Resolution, Inc. to discuss:
☐ Settlement Procedures  ☐ Discovery Issues  ☐ Form and Scope of Award of Arbitrator  ☐ Other Issues

EXHIBIT 3

To initiate arbitration proceedings. Claimant should send an original demand, a copy of the complete contract or agreement containing the arbitration provision, and a copy of the relevant pleadings and/or a statement of claims to each Respondent(s) by hand delivery or by U.S. Mail First Class, Certified/Return Receipt Requested. In addition, please send 2 copies of this Demand, the Contract or Agreement, and the pleadings/statement of claims to: Dispute Prevention & Resolution, Inc., 1155 Pauahi Tower, 1001 Bishop Street, Honolulu, HI 96813 (Phone: (808) 523-1234, Fax: (808) 537-1377, E-mail: keithhunter@dpr4adr.com, web site: www.dpr4adrc.om No filing fees are charged by DPR.



**Dispute Prevention and Resolution**

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

*Telephone*
808 . 523 . 1234

*Facsimile*
808 . 537 . 1377

*President / CEO*
Keith Hunter

*Case Managers*
Kelly Bryant
Evelyn Johnson

www.dpr4adr.com

May 4, 2004

**HAND DELIVERY**

Lex Smith, Esq.
Kobayashi Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

**CERTIFIED MAIL**

Western United Life Assurance Company
C/o Summit Property Development
601 West First Avenue, Dept 160000
Spokane, WA 99201

Western United Life Assurance Company
601 West First Avenue, Dept 115000
Spokane, WA 99201-5015
Attention: Ms. Pat Johnson

RE: 04-0171-M/A: Mediation/Arbitration of:
Mokuleia Preservation Partners, LLC, et al. - and - Western United Life Assurance Company, et al.

Dear Counsel & Parties:

Dispute Prevention & Resolution, Inc. (DPR) is in receipt of a Demand for Mediation/Arbitration from Lex Smith, Esq. on behalf of Claimants regarding the above-referenced matter. A copy of the Demand is enclosed for your review. The DPR Mediation and Arbitration Rules shall govern this proceeding, copies of which are also enclosed.

*Please be advised that effective July 1, 2002 the Revised Uniform Arbitration Act (RUAA) took effect in Hawaii. Please advise DPR if you wish to proceed under the RUAA instead of HRS §658. Absent an agreement by all parties to proceed under the RUAA this matter will be governed by HRS §658. Further information pertaining to the RUAA is available on our website at www.dpr4adr.com.*

In accordance with the DPR Arbitration Rules, Respondents may file detailed statements and/or counter-claim answering statements within fourteen (14) calendar days from the date of this letter. Failure to file a counter-claim or answering statement will be deemed as a denial of the claim.

In order to proceed with the mediation and the arbitration, please find enclosed a list of DPR neutrals for your review. We ask that the parties confer and attempt to stipulate to the selection of one Mediator and one Arbitrator by *May 18, 2004*. If the parties are unable to agree upon a Mediator and an Arbitrator by said date, DPR will initiate the alternative strike-off selection procedure as outlined in the DPR Rules.

*Emails*
keithhunter@dpr4adr.com
jimhoenig@dpr4adr.com
patrickyim@dpr4adr.com
kellybryant@dpr4adr.com
evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts · Solving Problems · Reaching Agreements



**Dispute Prevention AND Resolution**

1001 Bishop Street

Suite 1155 Pauahi Tower

Honolulu, Hawaii 96813

*Telephone*
808 . 523 . 1234

*Facsimile*
808 . 537 . 1377

*President CEO*
Keith Hunter

*Case Managers*
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

Counsel / Parties
May 4, 2004
Page 2

Once an Arbitrator and Mediator have been selected, we will schedule a pre-arbitration and pre-mediation conference with the Arbitrator and Mediator to discuss the hearing calendars. We will also ask the parties to sign an Arbitration and Mediation Agreement and submit initial deposits.

If the parties would like more information about DPR and our Distinguished Panel of Neutrals, please visit our website at **www.dpr4adr.com**.

Thank you for submitting this matter to DPR and please feel free to contact me directly should you have any questions or need additional information.

Sincerely,

*Evelyn K. Johnson*
Evelyn K. Johnson
Case Manager

Ekj/
Enclosures

*Emails*
keithhunter@dpr4adr.com
jimhoenig@dpr4adr.com
patrickyim@dpr4adr.com
kellybryant@dpr4adr.com
evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements