ORIGINAL



1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2004 DEC -6 PM 3:39

R. HIGA
CLERK

GKT

Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

BETTINA W.J. LUM          2507
TERENCE S. YAMAMOTO       1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone No.:  538-1113
Facsimile No.:  533-0549

Attorneys for Petitioner
MIKE KREIDLER, INSURANCE
COMMISSIONER, Acting solely in his
capacity as Receiver for Western
United Life Assurance Company

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MIKE KREIDLER, INSURANCE COMMISSIONER,<br><br>Petitioner,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>Respondent. | S.P. No.: 04-1-0505 VSM<br><br>EXEMPLIFIED FOREIGN JUDGMENT: AMENDED ORDER OF REHABILITATION AND APPOINTMENT OF RECEIVER ENTERED IN CASE NO. 04-2-00406-01, FILED IN THE STATE OF WASHINGTON FOR THURSTON COUNTY SUPERIOR COURT; DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF FOREIGN JUDGMENT; EXEMPLIFIED FOREIGN JUDGMENT; NOTICE OF FILING OF FOREIGN JUDGMENT; CERTIFICATE OF SERVICE |

EXEMPLIFIED FOREIGN JUDGMENT: AMENDED ORDER OF REHABILITATION
AND APPOINTMENT OF RECEIVER ENTERED IN CASE NO. 04-2-00406-01, FILED
IN THE STATE OF WASHINGTON FOR THURSTON COUNTY SUPERIOR COURT

Pursuant to Hawaii Revised Statutes § 636C-3, Petitioner Mike Kreidler, Insurance

Commissioner for the State of Washington ("Petitioner"), acting solely in his capacity as

EXHIBIT 4B

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

R. Higa
Clerk, Circuit Court, First Circuit

Receiver for Western United Life Assurance Company, by and through his counsel, Price Okamoto Himeno & Lum, hereby files the attached exemplified Amended Order Of Rehabilitation And Appointment Of Receiver as a Foreign Judgment, thereby rendering it enforceable in this State.

DATED: Honolulu, Hawaii, <u>December 6, 2004</u>.

_____
BETTINA W.J. LUM
TERENCE S. YAMAMOTO

Attorneys for Petitioner
MIKE KREIDLER, INSURANCE
COMMISSIONER, Acting solely in his
capacity as Receiver for Western
United Life Assurance Company

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MIKE KREIDLER, INSURANCE COMMISSIONER,<br><br>Petitioner,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>Respondent. | S.P. No.: 04-1-0505 VSM<br><br>DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF FOREIGN JUDGMENT |

## DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF FOREIGN JUDGMENT

I, Terence S. Yamamoto hereby declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii.

2. I am a principal in the law firm of Price Okamoto Himeno and Lum, which represents Petitioner Mike Kreidler, Insurance Commissioner for the State of Washington ("Petitioner"), acting solely in his capacity as Receiver for Western United Life Assurance Company, and am authorized to make this declaration on Petitioner's behalf.

3. On October 22, 2004, the Superior Court of the State of Washington for Thurston County, in case number 04-2-00406-1, entered the attached Amended Order Of Rehabilitation And Appointment Of Receiver (hereinafter referred to as "Foreign Judgment" or "Amended Order") in favor of Petitioner, and against Respondent Western United Life Assurance Company (hereinafter referred to as "WULA" or "Western United").

4. The Amended Order provides in part that:

12.  Pursuant to Chapters 48.31 and 48.99 RCW, absent further order of this Court or the express written consent of the Receiver, all persons are enjoined and restrained from:

   a.  Instituting or further prosecuting any action, at law or in equity, or in other proceedings to determine, enforce, collect, or assert any claims against Western United, its Assets, or the Receiver;

   b.  Asserting or obtaining preferences, judgments, attachments, or other liens or encumbrances, or making any levy against Western United, its Assets, or the Receiver;

   c.  Taking any action or interfering in any way with the Receiver's title, possession, or control of Western United, or its Assets;

   d.  Taking any other action that may lessen the value of Western United's Assets or prejudice the rights of Western United's creditors as a whole, its Assets, or the administration of the rehabilitation proceeding; and

   e.  Taking any action that may waste, or wasting, Western United's Assets, in whole or in part.

5.  Annexed hereto is an exemplified copy of the above-mentioned Foreign Judgment, which Petitioner desires to file in this Court in order that the Foreign Judgment may be enforced in the State of Hawaii.

6.  The last known addresses of Western United Life Assurance Company; A. Bernard Bays; Michael K. Dailey; Department of Planning and Permitting, City and County of Honolulu; Mokuleia Preservation Partners, L.L.C.; Malani, Inc.; Mokuleia Polo Farms, L.L.C; and Dispute Prevention & Resolution are:

   Western United Life Assurance Company
   Metropolitan Financial Center
   4424 N. Sullivan Road, Upper Level
   P. O. Box 14C
   Spokane Valley, WA  99214

A. Bernard Bays
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, Hawaii 96813

A. Bernard Bays
1601 Ruth Place
Honolulu, HI 96816-2021

Michael K. Dailey
68-411 Farrington Hwy
Waialua, HI 96791-9312

Department of Planning and Permitting
City and County of Honolulu
    c/o Eric G. Crispin, AIA
    c/o Milton Kono, Inspector
    650 South King Street
    Honolulu, Hawaii 96813

    And

    c/o David Z. Arakawa, Esq.
    Corporation Counsel
    Department of Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

Mokuleia Preservation Partners, L.L.C.
1696 Ala Moana Boulevard
Honolulu, Hawaii 96815

Malani, Inc.
Alii Place
1099 Alakea Street, 16th Floor
Honolulu, Hawaii 96813

Mokuleia Polo Farms, L.L.C.
1696 Ala Moana Boulevard
Honolulu, Hawaii 96815

Dispute Prevention & Resolution
Attention: Evelyn Johnson
1001 Bishop Street, Suite 1155
Honolulu, Hawaii 96813

Petitioner and Declarant are not in receipt of the Social Security Number or Federal I.D. No. of the above-named persons and entities.

I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

DATED: Honolulu, Hawaii, December 6, 2004.

_____
TERENCE S. YAMAMOTO

## Exemplified Certificate

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF THURSTON   )

    I, Betty J. Gould, County Clerk, and ex-officio clerk of the Superior Court of the State of Washington for Thurston County, do hereby certify and attest the annexed instrument to be a full, true and correct copy of the original _Amended Order of Rehabilitation and Appointment of Receiver_, as the same is on file and of record in my office, and that I have carefully compared the same with the original.

    IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of said Superior Court, this _8th_ day of _November_, 20_04_.

_Betty J. Gould_
County Clerk, and ex-officio clerk of the Superior Court of the State of Washington for Thurston County.

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF THURSTON   )

    I, _RICHARD A. STROPHY_, Judge of the Superior Court of the State of Washington, for Thurston County, do hereby certify that Betty J. Gould is County Clerk and ex-officio clerk of the Superior Court of the State of Washington for Thurston County (which court is a court of record, having a seal), that the signature to the foregoing certificate and attestation is the genuine signature of the said Betty J. Gould as such officer; that the seal annexed thereto is the seal of said Superior Court; that said Betty J. Gould, as such clerk, is the proper officer to execute the said certificate and attestation; and that such attestation is in due form according to the laws of the State of Washington.

    IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of said Superior Court, this _08_ day of _November_, 20_04_.

_Richard A. Strophy_
Judge of the Superior Court of the State of Washington for Thurston County.

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF THURSTON   )

    I, Betty J. Gould, County Clerk, and ex-officio clerk of the Superior Court of the State of Washington for Thurston County (which court is a court of record, having a seal which is annexed hereto), do hereby certify that _Richard A. Strophy_ whose name is subscribed to the foregoing certificate of due attestation, was at the time of signing the same, Judge of the Superior Court aforesaid, and was duly elected, qualified and authorized by law to execute said certificate. And I do further certify that the signature of the Judge above named, to the said certificate of due attestation, is genuine.

    IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of said Superior Court, this _8th_ day of _November_, 20_04_.

_Betty J. Gould_
County Clerk and ex-officio clerk of the Superior Court of the State of Washington for Thurston County.

# ORIGINAL

FILED
SUPERIOR COURT
THURSTON COUNTY WASH

'04 OCT 22 A9:16

BETTY J. GOULD CLK

BY _____
                DEPUTY

1  ☒ EXPEDITE
   ☐ Hearing is Set
2     Date:
      Time:

## STATE OF WASHINGTON
## THURSTON COUNTY SUPERIOR COURT

| | |
|---|---|
| MIKE KREIDLER, INSURANCE COMMISSIONER, | NO. 04-2-00406-1 |
| Petitioner, | AMENDED ORDER OF REHABILITATION AND APPOINTMENT OF RECEIVER |
| v. | |
| WESTERN UNITED LIFE ASSURANCE COMPANY, | EX PARTE |
| Respondent. | |

THIS MATTER having come before the Court on the Receiver's Petition to Amend the Order of Rehabilitation and Appointment of Receiver ("Petition") issued on March 2, 2004, supported by the Declaration of Wayne C. Metcalf III, Chief Deputy Receiver of Western United Life Assurance Company ("Western United"), and the Court having determined that the relief the Receiver requests is authorized by law, in the interests of Western United, its policyholders, and the public, and necessary to aid the rehabilitation of Western United and preserve this Court's jurisdiction over claims to the Assets of the receivership estate, and the Court being otherwise fully advised in the premises, now therefore

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  This Amended Order of Rehabilitation and Appointment of Receiver ("Amended Order") replaces the original Order of Rehabilitation and Appointment of

Receiver ("Original Order") and relates back to the original issuance date of March 2, 2004.

2. Pursuant to Chapters 48.31 and 48.99 RCW, Insurance Commissioner Mike Kreidler, and his successor(s), is hereby appointed Statutory Receiver of Western United for purposes of rehabilitation, Deputy Insurance Commissioner James T. Odiorne is hereby appointed Receiver of Western United for purposes of rehabilitation, Wayne C. Metcalf III is hereby appointed Chief Deputy Receiver of Western United for purposes of rehabilitation, and Marshall McGinnis, OIC Company Licensing Manager, is hereby appointed Deputy Receiver for purposes of rehabilitation. As used herein, the term "Receiver" includes the Statutory Receiver, the Receiver, the Chief Deputy Receiver, and the Deputy Receiver as appointed herein.

3. Pursuant to RCW 48.31.040 and other provisions of the Insurance Code, the Receiver shall forthwith take possession of all the assets, books, records, files, and reinsurance recoverables, and all of the property, real and personal, contracts, and rights of action of Western United located in the State of Washington or elsewhere, ("Assets") and shall deal with the property and business of Western United in his own name or in the name of Western United in receivership. The Receiver shall conduct the business of Western United, and shall take such steps toward removal of the causes and conditions which have made rehabilitation necessary as the Court may approve; and the Receiver shall administer the Assets of Western United under the general supervision of the Court.

4. The Receiver is authorized to sue or defend on behalf of Western United, or to do so in the interest of Western United's policyholders, creditors, and the public in the courts, tribunals, agencies, and arbitration panels of this State and any other states, and to take such other actions as the nature of this cause and the interests of the policyholders, creditors, and the public may require.

AMENDED REHABILITATION AND
APPOINTMENT OF RECEIVER

2

OFFICE OF THE ATTORNEY GENERAL
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

5. Western United, by and through its directors, trustees, officers, members, employees, agents, attorneys, and representatives, and all other persons shall surrender to the Receiver forthwith its premises, Assets, records, and documents pertaining to the business and Assets of Western United. Western United and its directors, trustees, officers, employees, members, agents, attorneys and representatives and all other persons are commanded to peacefully deliver up and surrender to the Receiver or the Receiver's agents or attorneys, all the Assets and records of Western United, all keys to all Western United premises and to safe deposit boxes, and to advise the Receiver of the combinations to any safes, safe-keeping devices, or restricted access entries of Western United.

6. Western United and its directors, trustees, officers, members, employees, agents, attorneys and representatives and all other persons are hereby enjoined and restrained from interfering with the Receiver's title, possession and use of any and all, or any portion thereof, of the property of Western United; and from transferring, destroying, disposing of, removing, paying out, parting with, withdrawing, alienating or encumbering any of the Assets of Western United without the express written consent of the Receiver..

7. No bank, financial institution, or any other person having in their possession Assets or records belonging to Western United, or holding funds or deposits of Western United or any of its affiliates may offset said Assets, funds or deposits against any amounts owing to such bank, financial institution, or any other person without the express written consent of the Receiver.

8. The provisions of RCW 48.31.045 concerning legal actions in which Western United is a party or obligated to defend shall apply to these proceedings, including a stay of the action or proceeding, upon request by the Receiver, for ninety (90) days and such additional time as is necessary for the Receiver to obtain proper

1 representation and prepare for further proceedings. The Receiver is specifically authorized to pursue all claims against third parties on behalf of the receivership estate of Western United, and to take all action necessary to pursue such claims, including the hiring of outside counsel or other necessary professionals.

9. The Receiver shall keep accountings of the rehabilitation proceedings of Western United, and render and file with the Court such accountings at such intervals as are deemed reasonable and/or necessary by the Receiver, but in no event less frequently than semiannually, beginning six (6) months from the date of this Order.

10. Upon entry of this Order, title to all the Assets of Western United hereby vests in the Receiver by operation of law.

11. The Receiver is authorized and directed to administer the Assets of Western United and conduct the rehabilitation proceedings under the provisions of Title 48 RCW applicable to rehabilitation delinquency proceedings.

12. Pursuant to Chapters 48.31 and 48.99 RCW, absent further order of this Court or the express written consent of the Receiver, all persons are enjoined and restrained from:

    a. Instituting or further prosecuting any action, at law or in equity, or in other proceedings to determine, enforce, collect, or assert any claims against Western United, its Assets, or the Receiver;

    b. Asserting or obtaining preferences, judgments, attachments, garnishments, or other liens or encumbrances, or making any levy against Western United, its Assets, or the Receiver;

    c. Taking any action or interfering in any way with the Receiver's title, possession, or control of Western United, or its Assets;

////
////

1        d.    Taking any other action that may lessen the value of Western United's Assets or prejudice the rights of Western United's creditors as a whole, its Assets, or the administration of the rehabilitation proceeding; and

      e.    Taking any action that may waste, or wasting, Western United's Assets, in whole or in part.

13. Any person who violates an injunction issued in this matter or this Order may be liable to the Receiver and the estate of Western United for reasonable costs and attorneys fees incurred in enforcing the injunction or any costs related thereto and any reasonably foreseeable damages.

14. Any attachments, garnishments, or other liens or encumbrances, or levies, made, created, or perfected against Western United, its Assets, or the Receiver on or after the date of Western United being place in receivership, which occurred within four months of March 2, 2004, or any time thereafter are hereby set aside, voided, expunged, and released. A copy of this Amended Order shall be served on any person known to the Receiver to be asserting such claim and, as determined to be appropriate by the Receiver, recorded in state or local offices where instruments affecting title to property are regularly filed.

15. To effectively and efficiently administer the assets of Western United, the Receiver may require that any claim against Western United, its Assets or the Receiver must be raised or asserted within this rehabilitation proceeding, and in such instance, all persons are hereby enjoined and restrained from asserting such claim against Western United, its Assets or the Receiver which arise out of or in connection with or as a result of this rehabilitation, except insofar as such claim is brought in this rehabilitation proceeding.

16. The Court shall provide the Receiver with sixty (60) certified copies of this Order and additional copies as are needed by the Receiver without charge as

AMENDED REHABILITATION AND
APPOINTMENT OF RECEIVER

5

SCANNED

OFFICE OF THE ATTORNEY GENERAL
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006

1 required under RCW 48.31.230. In addition, filing fees for this action are waived for
2 the Receiver pursuant to RCW 48.31.230.
3     17.    This Court reserves jurisdiction to amend this Order or issue such further
4 orders as it deems just, necessary, and appropriate.
5     **IT IS SO ORDERED** this 22 day of October, 2004.

_____
JUDGE CHRISTINE POMEROY

Presented by:
CHRISTINE O. GREGOIRE
Attorney General

_____
CHRISTINA GERSTUNG BEUSCH
WSBA#18226
Assistant Attorney General
Attorneys for Office of the Insurance Commissioner

AMENDED REHABILITATION AND    6    OFFICE OF THE ATTORNEY GENERAL
APPOINTMENT OF RECEIVER                                           1125 Washington Street SE
                                                                         PO Box 40100
SCANNED                                                       Olympia, WA 98504-0100
                                                                         (360) 664-9006

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MIKE KREIDLER,<br>INSURANCE COMMISSIONER,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>　　　　　　　Respondent. | S.P. No.: 04-1-0505 VSM<br><br>NOTICE OF FILING OF FOREIGN JUDGMENT (AMENDED ORDER OF REHABILITATION AND APPOINTMENT OF RECEIVER) |

NOTICE OF FILING OF FOREIGN JUDGMENT
(AMENDED ORDER OF REHABILITATION AND APPOINTMENT OF RECEIVER)

TO:　Western United Life Assurance Company
　　　Metropolitan Financial Center
　　　4424 N. Sullivan Road, Upper Level
　　　P. O. Box 14C
　　　Spokane Valley, WA 99214

　　　A. Bernard Bays
　　　Alii Place, 16th Floor
　　　1099 Alakea Street
　　　Honolulu, Hawaii 96813

　　　A. Bernard Bays
　　　1601 Ruth Place
　　　Honolulu, HI 96816-2021

　　　Michael K. Dailey
　　　68-411 Farrington Hwy
　　　Waialua, HI 96791-9312

　　　Department of Planning and Permitting
　　　City and County of Honolulu
　　　　　c/o Eric G. Crispin, AIA
　　　　　c/o Milton Kono, Inspector
　　　　　650 South King Street
　　　　　Honolulu, Hawaii 96813

And

David Z. Arakawa, Esq.
Corporation Counsel
Department of Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Mokuleia Preservation Partners, L.L.C.; and
Malani, Inc.; and Mokuleia Polo Farms, L.L.C.
   c/o Lex Smith, Esq.
   Kobyashi Sugita & Goda
   First Hawaiian Center
   999 Bishop Street, Suite 2600
   Honolulu, Hawaii 96813

And

c/o John S. Edmunds
Edmunds & Verga
841 Bishop Street, Suite 2104
Honolulu, Hawaii 96813

Dispute Prevention & Resolution
Attention: Evelyn Johnson
1001 Bishop Street, Suite 1155
Honolulu, Hawaii 96813

Notice is hereby given that, pursuant to Hawaii Revised Statutes § 636C-3, the above-referenced Foreign Judgment was filed at the Circuit Court of the First Circuit, State of Hawaii. This Foreign Judgment has the same effect and is subject to the same procedures, defenses and proceedings for reopening, vacating, or staying as a judgment of a court of this State, including establishing a lien, and may be enforced or satisfied in like manner.

DEC - 6 2004

Dated: Honolulu, Hawaii, _____.

                                                      Clerk of the Above-Entitled Court

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MIKE KREIDLER,<br>INSURANCE COMMISSIONER,<br><br>                    Petitioner,<br><br>vs.<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>                    Respondent. | S.P. No.: 04-1-0505 VSM<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned HEREBY CERTIFIES that a copy of the foregoing was served upon the following party via U.S. Postal, pre-paid on the date indicated below:

Western United Life Assurance Company
Metropolitan Financial Center
4424 N. Sullivan Road, Upper Level
P. O. Box 14C
Spokane Valley, WA 99214

A. Bernard Bays
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, Hawaii 96813

A. Bernard Bays
1601 Ruth Place
Honolulu, HI 96816-2021

Michael K. Dailey
68-411 Farrington Hwy
Waialua, HI 96791-9312

Department of Planning and Permitting
City and County of Honolulu
    c/o Eric G. Crispin, AIA
    c/o Milton Kono, Inspector
    650 South King Street
    Honolulu, Hawaii 96813

    And

    David Z. Arakawa, Esq.
    Corporation Counsel
    Department of Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

Mokuleia Preservation Partners, L.L.C.; and
Malani, Inc.; and Mokuleia Polo Farms, L.L.C.
    c/o Lex Smith, Esq.
    Kobyashi Sugita & Goda
    First Hawaiian Center
    999 Bishop Street, Suite 2600
    Honolulu, Hawaii 96813

    And

    c/o John S. Edmunds
    Edmunds & Verga
    841 Bishop Street, Suite 2104
    Honolulu, Hawaii 96813

Dispute Prevention & Resolution
Attention: Evelyn Johnson
1001 Bishop Street, Suite 1155
Honolulu, Hawaii 96813


Dated: Honolulu, Hawaii, December 6, 2004.

*/s/ Terence S. Yamamoto*
BETTINA W.J. LUM
TERENCE S. YAMAMOTO

Attorneys for Petitioner
MIKE KREIDLER, INSURANCE
COMMISSIONER, Acting solely in his
capacity as Receiver for Western
United Life Assurance Company