# DOUBLE SYSTEM



L-764    STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
RECORDED
MAY 03, 2004      03:00 PM

Doc No(s) 3104421
on Cert(s) AS LISTED HEREIN

/s/ CARL T. WATANABE
ASSISTANT REGISTRAR

31    1/1    Z5    R1251



R-1251    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
MAY 03, 2004      03:00 PM

Doc No(s) 2004-087982

/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

31    1/1    Z5    L764



LAND COURT SYSTEM | REGULAR SYSTEM

Return by  Mail ( )   Pickup ( X )  To:

Kobayashi, Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

CRAIG K. SHIKUMA                    Total Pages: 31
(MOKULEIA/WESTERN)
TCT Nos. 632,438 thru 632,441

## NOTICE OF PENDENCY OF ACTION;
## DECLARATION OF KENNETH M. NAKASONE; EXHIBIT "A'

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

EXHIBIT 5

359254
Of Counsel
KOBAYASHI, SUGITA & GODA

LEX R. SMITH  #3485
CRAIG K. SHIKUMA  #4018
KENNETH M. NAKASONE  #6942
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813-3889
Telephone:  539-8700

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms, L.L.C.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2004

at __9__ o'clock and __05__ min. __A__ M
WALTER A. Y. H. CHINN, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

CIVIL NO. C V 04  00283  DAE BMK

NOTICE OF PENDENCY OF
ACTION; DECLARATION OF
KENNETH M. NAKASONE;
EXHIBIT "A"

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN, pursuant to Haw. Rev. Stat. § 501-151

and § 634-51 and the Declaration of Kenneth M. Nakasone, that Plaintiffs

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
Deputy

Mokuleia Preservation Partners, L.L.C.; Malani, Inc. and Mokuleia Polo Farms,

L.L.C. have filed a Complaint in the above-captioned action to enforce their

equitable lien on the real property as described in the Warranty Deed, dated

December 26, 2002 that was filed in the Office of the Assistant Registrar of the

Land Court of the State of Hawaii as Land Court Document No. 2875193; noted on

Transfer Certificate of Title Numbers 632,438 thru 632,441; and recorded in the

Bureau of Conveyances of the State of Hawaii as Document No. 2002-230820; and

which is attached hereto as Exhibit "A".

      DATED:  Honolulu, Hawaii, _____MAY 0 3 2004_____.

                           LEX R. SMITH
                           CRAIG K. SHIKUMA
                           KENNETH M. NAKASONE

                           Attorneys for Claimants
                           Mokuleia Preservation Partners, L.L.C.;
                           Malani, Inc. and Mokuleia Polo Farms,
                           L.L.C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>WESTERN UNITED LIFE ASSURANCE COMPANY, )<br><br>Defendant. ) | CIVIL NO. _____<br><br>DECLARATION OF KENNETH M. NAKASONE |

## DECLARATION OF KENNETH M. NAKASONE

I, Kenneth M. Nakasone, hereby declare:

1.     That I am an attorney representing Plaintiffs in the above-referenced matter and make this affidavit upon personal knowledge.

2.     That Plaintiffs filed a Complaint to enforce their equitable lien on the real property described in the Warranty Deed, dated December 26, 2002 that was filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Land Court Document No. 2875193; noted on Transfer Certificate of Title Numbers 632,438 thru 632,441; and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-230820; and which is attached

3

hereto as Exhibit "A" ("Property").

3.    The attached Notice of Pendency of Action is intended to place the world on notice of the above-referenced action and does not create a new interest, lien or encumbrance in the Property.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2nd_ day of ___May 2004_, at Honolulu, Hawaii.

KENNETH M. NAKASONE

4





L-193
**STATE OF HAWAII**
OFFICE OF ASSISTANT REGISTRAR
RECORDED
DEC 26, 2002        08:01 AM

Doc No(s) 2875193
on Cert(s) AS LISTED HEREIN

Issuance of Cert(s) 632,438
Thru 632,441

/s/ CARL T. WATANABE
ASSISTANT REGISTRAR
CONVEYANCE TAX: $14400 00

25    1/1    Z4    R332

R-332
**STATE OF HAWAII**
BUREAU OF CONVEYANCES
RECORDED
DEC 26, 2002        08:01 AM

Doc No(s) 2002-230820

/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

25    1/1    Z4    L193

| LAND COURT SYSTEM | REGULAR SYSTEM |
|---|---|

AFTER RECORDATION, RETURN BY MAIL (X)  PICK-UP ( )

WESTERN UNITED LIFE ASSURANCE CO
601 W FIRST AVE
DEPT. 151200
SPOKANE, WA  99201

TG:      200262201-5
TGE:    A2-101-4818
          GLEN Y AJIMINE
THIS DOCUMENT CONTAINS (25) PAGES.

---

## WARRANTY DEED

GRANTOR:   METROPOLITAN MORTGAGE & SECURITIES
          CO., INC, a Washington corporation

GRANTEE:   WESTERN UNITED LIFE ASSURANCE COMPANY,
          a Washington corporation
          601 W. First Avenue, Department 151200
          Spokane, Washington 99201

Tax Map Key Nos.:  Oahu 6-8-2-6; 6-8-3-5,       (This document consists of 25 pages.)
6, 15, 19, 20, 30, 31, 33,
35 & 40
Land Court Certificate(s) of Title:

# EXHIBIT A

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That on this 18th day of December, 2002, METROPOLITAN MORTGAGE & SECURITIES CO., INC., also known as METROPOLITAN MORTGAGE AND SECURITIES CO., INC., a Washington corporation, hereinafter called the "Grantor", for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to the Grantor paid by WESTERN UNITED LIFE ASSURANCE COMPANY, a Washington corporation, whose address is 601 W. First Avenue, Department 151200, Spokane, Washington 99201, hereinafter called the "Grantee", the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell and convey until the Grantee all of that certain real property more particularly described in Exhibit A attached hereto and made a part hereof, subject to the encumbrances noted therein.

TOGETHER WITH all and singular the buildings, improvements, rights, tenements, hereditaments, easements, privileges and appurtenances thereunto belonging or appertaining or held and enjoyed in connection therewith.

TO HAVE AND TO HOLD the same unto the Grantee in fee simple, forever.

AND the Grantor does hereby covenant with the Grantee that the Grantor is lawfully seised in fee simple of said granted premises and that said premises are free and clear of all encumbrances, except as aforesaid and except for assessments for real property taxes not yet by law required to be paid. And the Grantor further covenants and agrees that the Grantor has good right to sell and convey the said premises in the manner aforesaid; that the Grantor will WARRANT AND DEFEND the same unto the Grantee against the lawful claims and demands of all persons, except as aforesaid.

AND, the Grantee hereby acknowledges that the Grantee is accepting said granted premises in its present "AS IS" condition, without warranty or representation, express or implied, regarding the physical condition of said premises or its use for any particular purpose.

IT IS MUTUALLY AGREED that the terms "Grantor" and "Grantee", as and when used hereinabove or hereinbelow shall mean and include the masculine or feminine, the singular or plural number, individuals, associations, trustees, corporations or partnerships, and their and each of their respective successors in interest, heirs, executors, personal representatives, administrators and permitted assigns, according to the context thereof, and that if these presents shall be signed by two or more grantors, or by two or more grantees, all covenants of such parties shall be and for all purposes deemed to be joint and several.

The parties hereto agree that this instrument may be executed in counterparts, each of which shall be deemed an original, and said counterparts shall together constitute one and the same instrument, binding all of the parties hereto, notwithstanding all of the parties are not

signatory to the original of the same counterparts. For all purposes, including, without limitation, recordation, filing and delivery of this instrument, duplicate unexecuted and unacknowledged pages of the counterparts may be discarded and the remaining pages assembled as one document.

IN WITNESS WHEREOF, the Grantor has executed these presents as of the day and year first above written.

METROPOLITAN MORTGAGES &
SECURITIES CO., INC., aka METROPOLITAN
MORTGAGE AND SECURITIES CO., INC.,
a Washington corporation

By: *B. Elaine Hoskin*
Its: Vice President
    B. ELAINE HOSKIN

"Grantor"

WESTERN UNITED LIFE ASSURANCE
COMPANY, a Washington corporation

By: *Linda Mason*
Its: Vice President
    LINDA MASON

"Grantee"

-3-

STATE OF WASHINGTON        )

                                    )   SS:

COUNTY OF SPOKANE         )

On this 18th day of December _____, 2002, before me personally appeared B. Elaine Hoskin _____, to me personally known, who, being by me duly sworn, did say that she is the Vice President of METROPOLITAN MORTGAGE & SECURITIES CO., INC., aka METROPOLITAN MORTGAGE AND SECURITIES CO., INC., a Washington corporation, and that said instrument was signed in behalf of the corporation by authority of its Board of Directors, and said officer acknowledged said instrument to be the free act and deed of said corporation.

*Pamela S. McCain*
Notary Public, in and for said State and County
Print Name: Pamela S. McCain
My Commission expires: 7/18/2005

STATE OF WASHINGTON        )

                                    )   SS:

COUNTY OF SPOKANE         )

On this 18th day of December _____, 2002, before me personally appeared Linda Mason _____, to me personally known, who, being by me duly sworn, did say that she is the Vice President of WESTERN UNITED LIFE ASSURANCE COMPANY, a Washington corporation, and that said instrument was signed in behalf of the corporation by authority of its Board of Directors, and said officer acknowledged said instrument to be the free act and deed of said corporation.

*Pamela S. McCain*
Notary Public, in and for said State and County
Print Name: Pamela S. McCain
My Commission expires: 7/18/2005

-4-

## EXHIBIT A

ITEM I:

All of that certain parcel of land situate, lying and being at Kealia and Kawaihapai, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

Being all of the land(s) described in and covered by Royal Patent Grant Number 1934 to Kalawaia, et al., Royal Patent Grant 1976, Apana 1 to Halilo, Land Patent Grant Number 3767 to Gaspar Sylva, Royal Patent Grant Number 1777 to Kamoku and Rahela, Royal Patent Grant Number 1784 to Papa, Royal Patent Grant Number 1786 to Maawiiki, Royal Patent Grant Number 1783 to Kanalu, Royal Patent Grant Number 1781 to Kekauwa, Royal Patent Grant Number 1779 to Kauloaiwi, Royal Patent Grant Number 1780 to Hokuaulani and Kaawelu, and Royal Patent Grant Number 1785 to Kahoeka and Kolikoli, being a portion of Royal Patent Grant Number 240 to William S. Emerson, and being all of Royal Patent Grant Number 456 to I. Halali, and Royal Patent Grant Number 459 to Kaanaku, et al., bearing Tax Key designation (1)6-8-002-006, and containing an area of 1,023.662 acres, more or less.

BEING the same premises conveyed to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, by Warranty Deed dated July 31, 2002, recorded in the Office of the Assistant registrar of the Land Court of the State of Hawaii as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. Terms, provisions, covenants, conditions and reservations contained in Declaration of Restrictive Conditions dated May 7, 1973, recorded in said Office as Document No. 629003, and also recorded in said Bureau in Liber 9130, Page 55.

3. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

5. Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

6. The land is not a lot of record.

Tax Map Key: Oahu 6-8-2-6

ITEM II:

All of that certain parcel of land situate, lying and being at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 2, containing an area of 433.410 acres, more or less, of the "PEACOCK FLATS ACCESS ROAD SUBDIVISION", as shown on File Plan No. 2049, filed in the Bureau of Conveyances of the State of Hawaii.

BEING the same premises conveyed to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, by Warranty Deed dated July 31, 2002, recorded in the Office of the Assistant registrar of the Land Court of the State of Hawaii as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of The Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said parcel.

3. Terms, provisions, covenants, conditions and reservations contained in Declaration of Restrictive Conditions dated May 7, 1973, recorded in said Office as Document No. 629003, and also recorded in said Bureau in Liber 9130, Page 55.

4. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

5. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

6. Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-5

ITEM III:

PARCEL ONE: All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 1, containing an area of 906.386 acres, more or less, of the "PEACOCK FLATS ACCESS ROAD SUBDIVISION", as shown on File Plan Number 2049, filed in the Bureau of Conveyances of the State of Hawaii.

BEING the same premises conveyed to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, by Warranty Deed dated July 31, 2002, recorded in the Office of the Assistant registrar of the Land Court of the State of Hawaii as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

PARCEL TWO: All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOTS  2-A, area 4.81 acres
      2-C, area 16.51 acres, and
      2-D, area 0.04 acres, as shown on Map 3,
filed in said Office with Land Court Application No. 824 of Mokuleia Ranch and Land Company, Limited.

As to Lot 2-A; Together with access across unregistered adjacent land (former Tax Map Key 6-8-03-5) as set forth by Land Court Order No. 16221, filed May 5, 1958.

BEING the same lands described in and covered by Land Court Certificate of Title No. 618,480, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2827544, and also recorded in said Bureau as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, as to PARCEL ONE and PARCEL TWO above to the following:

1. As to PARCEL ONE (LOT 1) above:

   a. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

   b. A perpetual easement in, over, and upon Tracts MF-37, MF-62 and MF-63 in favor of the United States of America, taken in that certain Declaration of Taking dated May 8, 1946, filed in the United States District Court of the District of Hawaii, Civil No. 539, on July

-3-

30, 1946, and recorded in said Office as Document No. 88108, and also recorded in said Bureau in Liber 1991, Page 165, said Tracts MF-37, MF-62 and MF-63 being more particularly described as follows:

Tract MF-37, land situated at Auku, Waialua, Oahu, State of Hawaii, being a portion of Grant 457, Apana 1 to John T. Gulick, being a tract of land eighteen (18) feet wide extending nine (9) feet on each side of the following described centerline:

Beginning at the west end of this tract of land, and on the easterly boundary of Lot B-1 of Land Court Application 1107, the coordinates of said point of beginning referred to Government Survey Triangulation Station "DILLINGHAM" being 2,484.07 feet South and 1,961.86 feet West, and running by azimuths measured clockwise from true South:

On a curve to the right, with a radius of 1,045.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 292° | 21' | 25" | 42.90 | feet; |
| 2. | 293° | 32' | | 671.76 | feet to the west boundary of Lot C-1 of Land Court Application 1107 and containing an area of 0.295 acres, more or less. |

Tract MF-62, portion of Grant 270, land situated at Mokuleia, Waialua, Oahu, State of Hawaii, being a tract of land eighteen (18) feet wide extending nine (9) feet on each side of the following described centerline:

Beginning at the north end of this tract of land, and on the westerly boundary of Lot 2 of Land Court Application 824, the coordinates of said point of beginning referred to Government Survey Triangulation Station "MOKULEIA" being 4,005.31 feet South and 2,544.50 feet West, and running by azimuths measured clockwise from true South:

On a curve to the right, with a radius of 345.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 40° | 32' | 25" | 56.65 | feet; |

Thence on a curve to the left, with a radius of 580.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 2. | 34° | 27' | 30" | 217.20 | feet; |
| 3. | 23° | 40' | | 184.00 | feet; |

-4-

Thence on a curve to the left, with a radius of 160.00 feet, the chord azimuth and distance being:

| 4. | 9° | 10' | 80.12 | feet; |
| 5. | 354° | 40' | 130.91 | feet to the northerly boundary of Tract MF-57, and containing an area of 0.277 acres, more or less. |

Tract MF-63, land situated at Auku, Waialua, Oahu, State of Hawaii, being a portion of Grant 457, Apana 1 to John T. Gulick, being a tract of land sixteen (16) feet wide extending eight (8) feet on each side of the following described centerline:

Beginning at the north end of this tract of land, and on the easterly boundary of Lot B-1 of Land Court Application 1107, the coordinates of said point of beginning referred to Government Survey Triangulation Station "DILLINGHAM" being 2,076.83 feet South and 1,855.37 feet West, and running by azimuths measured clockwise from true South:

| 1. | 11° | 02' | 416.03 | feet to the northerly boundary of Tract MF-37, and containing an area of 0.153 acres, more or less. |

c. Grant dated November 5, 1958, recorded in said Bureau in Liber 3526, Page 148, in favor of The Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, reconstruct, rebuild, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, across, through and under said parcel, said easement being twenty-five (25) feet wide, extending twelve and one-half (12-1/2) feet on each side of the center line.

d. Access rights in favor of Lot 2-A as shown on Map 3 of Land Court Application No. 824, as set forth by Land Court Order No. 16221, filed May 5, 1958.

e. Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of The Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, reconstruct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said parcel, said easement being twenty-five (25) feet wide, extending twelve and one-half (12-1/2) feet on each side of the center line.

f. Grant dated December 1, 1962, recorded in said Bureau in Liber 4636, Page 148, in favor of the United States of America, granting a license to construct, install, use, maintain and remove an underground cable at a depth of not less than four (4) feet below the surface of said parcel in and across the following described parcel of land:

Land situated at Mokuleia, Waialua, Oahu, Hawaii, being a portion of Grant 457, Apana 1 to John T. Gulick, being an easement five (5) feet wide and extending two and one-half (2.5) feet on each side of the following described centerline:

Beginning at the westerly end of this easement, on the westerly boundary of Grant 457, Apana 1 to John T. Gulick, being also the easterly boundary of Grant 241 to George H. and Sanford B. Dole and the easterly end of Easement 3, the coordinates of said point of beginning from Government Survey Triangulation Station "DILLINGHAM" being 5,084.81 feet South and 2,637.77 feet West, and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 276° | 15' | | 25.24 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
| | | | | | Thence along remainder of Grant 457, Apana 1 to John T. Gulick, on a curve to the left with a radius of 240.00 feet, the chord azimuth and distance being: |
| 2. | 256° | 50' | | 159.57 | feet; |
| 3. | 237° | 25' | | 66.09 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
| | | | | | Thence along remainder of Grant 457, Apana 1 to John T. Gulick, on a curve to the right, with a radius of 200.00 feet, the chord azimuth and distance being: |
| 4. | 267° | 47' | 30" | 202.26 | feet; |
| 5. | 298° | 10' | | 32.94 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
| 6. | 324° | 14' | | 63.10 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
| | | | | | Thence along remainder of Grant 457, Apana 1 to John T. Gulick, on a curve to the left with a radius of 25.00 feet, the chord azimuth and distance being: |
| 7. | 286° | 32' | | 30.58 | feet; |
| 8. | 248° | 50' | | 128.10 | feet along remainder of Grant 457, Apana 1 to John |

T. Gulick;

| 9. | 243° | 23' | | 47.16 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
|---|---|---|---|---|---|
| 10. | 250° | 38' | | 53.06 | feet along remainder of Grant 457, Apana 1 to John T. Gulick; |
| 11. | 271° | 27' | 30" | 6.77 | feet along remainder of Grant 457, Apana 1 to John T. Gulick to a point on the easterly boundary of Grant 457, Apana 1 to John T. Gulick, being also the westerly boundary of Grant 270 to Pine, Pao and Mahiai and the westerly end of Easement 5, containing an area of 4,150 square feet, more or less. |

g.  Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company, now known as Verizon Hawaii Inc. and American Telephone and Telegraph Company, now known as AT&T Corp., granting a right and easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc., over, across, through and under Easement "13" (10 feet wide) for a term of fifty-eight (58) years from the date hereof.

h.  Terms, provisions, covenants, conditions and reservations contained in Declaration of Restrictive Conditions dated May 7, 1973, recorded in said Office as Document No. 629003, and also recorded in said Bureau in Liber 9130, Page 55.

i.  Lease dated April 12, 1973, recorded in said Bureau in Liber 9184, Page 265, made by Mokuleia Ranch and Land Company, Limited, as Lessor, and Hawaiian Telephone Company, a Hawaii corporation, now known as Verizon Hawaii Inc., a Hawaii corporation, and American Telephone and Telegraph Company, a New York corporation, as Lessee, for a term of fifty-five (55) years and four (4) months commencing on April 11, 1973 and ending August 11, 2028.

j.  "Rights-of-Way (5 ft. wide) for communication cable affecting Lot 1 as recorded in the Bureau of Conveyances in Liber 14,353, Pg. 540.", as set forth in instrument dated --- (acknowledged June 27, 1991), recorded in said Bureau as Document No. 91-106531.

j.  "Rights-of-Way (20 ft. wide) for road, water and cable lines affecting Lots 1 and 3 as recorded in the Bureau of Conveyances in Liber 14,353, Pg. 540.", as set forth in instrument dated --- (acknowledged June 27, 1991), recorded in said Bureau as Document No. 91-106531.

l.  Parcel 3, containing an area of 0.673 acre, as shown on Tax Map and on State of

Hawaii survey map "Peacock Flat Park Access Road" filed as C.S.F. No. 13962-13966, dated April 11, 1963.

    m. Any ditches, trails, roadways, easements, etc., shown on Tax Map.

2. As to <u>PARCEL TWO</u> above:

    a. As to access easement over unregistered adjacent land (former Tax Map Key 6-8-03-5) in favor of Lot 2-A:

    (1)    Any claim or boundary dispute which may exist or arise by reason of the failure of the Land Court Order No. 16221, filed May 5, 1958 to locate with certainty the boundaries of the access over unregistered adjacent land (former Tax Map Key 6-8-03-5) described in said instrument.

    (2)    No insurance will be provided as to said access set forth by Land Court Order No. 16221.

    b. As to Lot 2-C:

    (1)    Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of The Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, reconstruct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said lot.

    (2)    Parcel 2, containing an area of 0.067 acre, as shown on Tax Map and on State of Hawaii survey map "Peacock Flat Park Access Road" filed as C.S.F. No. 13962-13966, dated April 11, 1963.

    c. As to Lot 2-D:

    (1)    Access rights in favor of Lot 2-B, as set forth by Land Court Order No. 16221, filed May 5, 1958.

    (2)    A perpetual easement in, over, and upon Tract MF-39 being Lot 2-D, in favor of the United States of America, taken in that certain Declaration of Taking dated May 8, 1946, filed in the United States District Court for the District of Hawaii, Civil No. 539, on July 30, 1946, and recorded in said Office as Document No. 88108, and also recorded in said Bureau in Liber 1991, Page 165, and being more particularly described as follows:

    Tract MF-39, land situated at Mokuleia, Waialua, Oahu, State of Hawaii, being portion of

-8-

Grant 1123, being a portion of Lot 2 of Land Court Application 824, Certificate of Title No. 8589, and thus bounded and described:

Beginning at the south corner of this tract of land, and on the easterly boundary of Grant 270 to Pine, et al., the coordinates of said point of beginning referred to Government Survey Triangulation Station "MOKULEIA" being 4,027.46 feet South and 2,550.17 feet West, and running by azimuths measured clockwise from true South:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 194° | 25' | 40" | 39.83 | feet along the easterly boundary to Grant 270 to Pine et al.; |
| 2. | 293° | 38' | | 12.35 | feet along Lot C-1 of Land Court Application 1107; |
| 3. | 194° | 36' | | 88.20 | feet along same; |
| 4. | 238° | 17' | | 34.65 | feet along same; |
| 5. | 13° | 43' | 30" | 1.00 | feet along remainder of Lot 2 of Land Court Application 284; |
| | | | | | Thence along same, on a curve to the right, with a radius of 354.00 feet, the chord azimuth and distance being: |
| 6. | 26° | 30' | 15" | 156.60 | feet to the point of beginning and containing an area of 0.040 acres, more or less. |

(3)    Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, reconstruct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said lot.

(4)    Parcel 2, containing an area of 0.067 acre, as shown on Tax Map and on State of Hawaii survey map "Peacock Flat Park Access Road" filed as C.S.F. No. 13962-13966, dated April 11, 1963.

d.  As to Lots 2-A, 2-C and 2-D: Claims arising out of the failure to convey the lands together with an easement or right of access to a public highway.

3.  Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

Tax Map Key: Oahu 6-8-3-6

<u>ITEM IV</u>:

All of those certain parcels of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOTS 1, area 70.857 acres, more or less, as shown on Map 5,
C-1-B, area 0.011 acre, more or less, as shown on Map 4, and
4, area 2.116 acres, more or less, as shown on Map 5, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1107 of Waialua Agricultural Company, Limited.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,481, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2825744 and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. As to Lot 1 above:

a. Designation of Easement "3" (18 feet wide) as shown on Maps 4 and 5, as set forth by Land Court Order No. 11447, filed August 28, 1952.

b. A perpetual easement in favor of the United States of America, in, over and upon Easement "3" for the location, construction, operation, maintenance, and patrol of access roads to be enjoyed jointly with Helemano Company, Limited, its lessees, sublessees, successors and assigns, pursuant to instrument recorded in said Office as Document No. 88108, as set forth by Land Court Order No. 11447, filed August 28, 1952.

c. Designation of Easement "21" (10 feet wide), as shown on Map 5, as set forth by Land Court Order No. 23153, filed September 2, 1964, for underground communication lines purposes.

d. Grant dated March 4, 1968, recorded in said Office as Document No. 451112, and also recorded in said Bureau in Liber 6165, Page 63, in favor of Hawaiian Telephone Company (now known as Verizon Hawaii Inc.) and American Telephone and Telegraph Company, now known as AT&T, granting an easement over said Easement "21".

-10-

e. Designation of Easement "28" (38 feet wide), as shown on Map 13, as set forth by Land Court Order No. 34619, filed February 17, 1972, for roadway purposes.

f. Parcel 1, containing an area of 4.005 acres, as shown on Tax Map and on State of Hawaii survey map "Peacock Flat Park Access Road", filed as C.S.F. No. 13962-13966, dated April 11, 1963.

2. As to Lot C-1-B only:

a. Rights of others who may have easement or access rights in said Lot C-1-B.

b. Claims arising out of the failure to convey said Lot C-1-B together with an easement or right of access.

c. Parcel 1, containing an area of 4.005 acres, as shown on Tax Map and on State of Hawaii survey map "Peacock Flat Park Access Road", filed as C.S.F. No. 13962-13966, dated April 11, 1963.

3. As to Lot 4 only:

a. Rights of others who may have easement or access rights in said Lot 4.

b. Claims arising out of the failure to convey said Lot 4 together with an easement or right of access.

4. As to Lots 1 and 4 only: Terms, provisions, covenants, conditions and reservations contained in Deed dated March 10, 1972, recorded in said Office as Document No. 574526, and also recorded in said Bureau in Liber 8195, Page 349.

5. Terms, provisions, covenants, conditions and reservations contained in Declaration of Restrictive Conditions dated May 7, 1973, recorded in said Office as Document No. 629003, and also recorded in said Bureau in Liber 9130, Page 55.

6. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

7.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

Tax Map Key: Oahu 6-8-3-15

ITEM V:

PARCEL ONE:  All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 1-C, containing an area of 22.281 acres, as shown on Map 5, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1810 of Mokuleia Ranch and Land Company, Limited.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,482, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2827544 and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

PARCEL TWO: All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 1-A, containing an area of 14.53 acres, as shown on Map 2, filed in said Office with Land Court Application No. 824 of Waialua Agricultural Company, Limited.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,480, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2827544 and also recorded in said Bureau as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, as to PARCEL ONE and PARCEL TWO above, to the following:

1.  As to PARCEL ONE above:

a.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

b.  Free flowage of stream as shown on tax map.

c.  Lease dated April 20, 1944, recorded in said Office as Document No. 72846, and also recorded in said Bureau in Liber 1821, Page 246, in favor of The Hawaiian Electric

-12-

Company, Limited, now known as Hawaiian Electric Company, Inc. and Waialua Agricultural Company, Limited, leasing and demising a right and easement for utility purposes over and across said lot for a term to expire on June 30, 1962 and thereafter from year to year.

The interest of Waialua Liquidating Company, Limited, formerly known as Waialua Agricultural Company, Limited, was assigned to Waialua Agricultural Company, Limited, by instrument dated December 14, 1948, recorded in said Office as Document No. 106596, and also recorded in said Bureau in Liber 2188, Page 365.

d.  Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company (now known as Verizon Hawaii Inc.) and American Telephone and Telegraph Company, now known as AT&T Corp., granting a right and easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc. for the transmission of electricity to be used for communication, etc. for a term of fifty-eight (58) years from the date hereof.

e.  Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

2.  As to PARCEL TWO above:

a.  Easement "4" (10 feet wide) for underground communication lines, as shown on Map 6, as set forth by Land Court Order No. 23687, filed January 13, 1965.

b.  Lease dated April 20, 1944, recorded in said Office as Document No. 72846, and also recorded in said Bureau in Liber 1821, Page 246, in favor of The Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc. and Waialua Agricultural Company, Limited, leasing and demising a right and easement for utility purposes over and across said lot for a term to expire on June 30, 1962 and thereafter from year to year.

The interest of Waialua Liquidating Company, Limited, formerly known as Waialua Agricultural Company, Limited, was assigned to Waialua Agricultural Company, Limited, by instrument dated December 14, 1948, recorded in said Office as Document No. 106596, and also recorded in said Bureau in Liber 2188, Page 365.

c.  Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of The Hawaiian Electric Company, Limited now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, reconstruct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said parcel.

-13-

d.  Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company (now known as Verizon Hawaii Inc.) and American Telephone and Telegraph Company, now known as AT&T Corp., granting a right and an easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc. for the transmission of electricity to be used for communication etc. over, across, through and under Easement "4" for a term of fifty-eight (58) years from the date hereof.

3.  Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gather purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

4.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

Tax Map Key: Oahu 6-8-3-19

ITEM VI:

All of that certain parcel of land situate, lying and being at Mokuleia, Waialua, Island of Oahu, City and County of Honolulu, State of Hawaii, more particularly described as follows:

Being portion(s) of the land(s) described in and covered by Royal Patent Grant Number 231 to Namomoku and Paele, Royal Patent Grant Number 230 to Kaumu and Kekela, Royal Patent Grant Number 233 to Pohakahi and Naelele, and Royal Patent Grant Number 342 to Puupuu-ao-Kalaikao and Malehine, bearing Tax Key designation (1) 6-8-003-020, and containing an area of 27,486 square feet, more or less.

BEING the same premises conveyed to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, by Warranty Deed dated July 31, 2002, recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2.  Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

3.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any

-14-

other matters which a correct survey or archaeological study would disclose.

Tax Map Key: Oahu 6-8-3-20

<u>ITEM VII</u>:

All of those certain parcels of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOTS  2, area 16.297 acres, more or less, and
3, area 0.663 acre, more or less, as shown on Map 5,
filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1107, of Waialua Agricultural Company, Limited.

TOGETHER WITH a perpetual nonexclusive easement appurtenant to Lots 2 and 3 for roadway and utility purposes to be used in common with others entitled thereto over and across Lot 4, as shown on Map 5 of Land Court Application No. 1107; provided, however, that if title to any of the land over which any of the above easements has been granted shall be conveyed to or acquired by the City and County of Honolulu or State of Hawaii or other governmental authority for use as public roadways, said easements shall terminate.

BEING the same premises described in and covered by Land Court Certificate of Title 618,483, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, conveyed by Warranty Deed dated July 31, 2002, and recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 2827544, in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a right and easement for electrical purposes.

2. Terms, provisions, covenants, conditions and reservations contained in Declaration of Restrictive Conditions dated May 7, 1973, recorded in said Office as Document No. 629003, and also recorded in said Bureau in Liber 9130, Page 55.

3. As to Lot 3: Rights of others who may have easement or access rights in said Lot 3.

4. Claims arising out of customary and traditional rights and practices, including without

-15-

limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

5.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

6.  Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-30

<u>ITEM VIII</u>:

All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 5, containing an area of 57.636 acres, more or less, as shown on Map 5, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1107 of Waialua Agricultural Company, Limited.

TOGETHER WITH a perpetual nonexclusive easement appurtenant to Lot 5 for roadway and utility purposes to be used in common with others entitled thereto over and across Lot 4, as shown on Map 5 of Land Court Application No. 1107; provided, however, that if title to any of the lands over which any of the above easements has been granted shall be conveyed to or acquired by the City and County of Honolulu or State of Hawaii or other governmental authority for use as public roadways, said easements shall terminate.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,483, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1.  Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of Hawaiian Electric Company, Limited, now known as Hawaiian Electric Company, Inc., granting a perpetual right and easement to build, construct, rebuild, repair, maintain and operate pole and wire lines and/or underground power lines, etc., over, under, across, through and within said parcel.

2.  Claims arising out of customary and traditional rights and practices, including without

-16-

limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

3. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

4. Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-31

ITEM IX:

All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 2, containing an area of 9.620 acres, more or less, as shown on Map 1, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1810 of Mokuleia Ranch and Land Company.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,482, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2002, recorded in said Office as Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. Free flowage of stream as shown on tax map.

3. Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company, Limited, now known as Verizon Hawaii Inc., and American Telephone and Telegraph Company, now known as AT&T Corp., granting a right and easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc. for the transmission of electricity to be used for communication etc. for a term of fifty-eight (58) years from the date hereof.

4. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

-17-

5.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

6.  Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-33

ITEM X:

All of that certain parcel of land situate at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOT 1-B, containing an area of 2.101 acres, more or less, as shown on Map 5, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1810 of Mokuleia Ranch and Land Company, Limited.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,482, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2001, recorded in said Office a Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2.  Free flowage of stream as shown on tax map.

3.  Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company, Limited, now known as Verizon Hawaii Inc., and American Telephone and Telegraph Company, now known as AT&T Corp., granting a right and easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc. for the transmission of electricity to be used for communication etc. for a term of fifty-eight (58) years from the date hereof.

4.  Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

5.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

-18-

6. Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-35

ITEM XI:

All of that certain parcel of land situate, lying and being at Mokuleia, District of Waialua, City and County of Honolulu, State of Hawaii, more particularly described as follows:

LOTS  1-A-1, area 140.010 acres, more or less, as shown on Map 8, and
          3, area 0.083 acre or 3,600 square feet, more or less, as shown on Map 1,
filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1810 of Mokuleia Ranch and Land Company, Limited.

BEING the same premises described in and covered by Land Court Certificate of Title No. 618,482, issued to Metropolitan Mortgage and Securities Co., Inc., a Washington corporation, and conveyed by Warranty Deed dated July 31, 2001, recorded in said Office a Document No. 2827544, and also recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-132620, from Malani, Inc., a Hawaii corporation.

SUBJECT, HOWEVER, to the following:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. As to Lot 1-A-1 above:

   a. Free flowage of stream as shown on tax map.

   b. Wells shown on tax map.

   c. The following easements as shown on Maps 1 and 8 of Land Court Application 1810.

      (1)    Easement "2" (25 feet wide) for electric power line purposes.

      (2)    Easement "3" (25 feet wide) for electric power line purposes.

      (3)    Easement "4" (10 feet wide) for electric power line purposes.

   d. Lease dated April 20, 1944, recorded in said Office as Document No. 72846, and also recorded in said Bureau in Liber 1821, Page 246, in favor of The Hawaiian Electric

-19-

Company, Limited (now known as Hawaiian Electric Company, Inc.) and Waialua Agricultural Company, Limited, leasing and demising a right and easement for utility purposes over and across said lot for a term to expire on June 30, 1962 and thereafter from year to year.

The interest of Waialua Liquidating Company, Limited, formerly known as Waialua Agricultural Company, Limited, was assigned to Waialua Agricultural Company, Limited, by instrument dated December 14, 1948, recorded in said Office as Document No. 106596, and also recorded in said Bureau in Liber 2188, Page 365.

e.   Grant dated November 21, 1958, recorded in said Bureau in Liber 3525, Page 361, in favor of Hawaiian Telephone Company (now Verizon Hawaii Inc.), granting an easement over said Easement "1", as amended by instrument dated December 7, 1994, recorded in said Office as Document No. 2204186, as shown on Map 9; re: deleted Easement "1" and designated Easements "14" and "15".

f.   Grant dated November 5, 1958, recorded in said Bureau in Liber 3526, Page 148, in favor of The Hawaiian Electric Company, Limited (now known as Hawaiian Electric Company, Inc.), granting an easement over said Easement "2".

g.   Grant dated April 8, 1959, recorded in said Bureau in Liber 3607, Page 261, in favor of The Hawaiian Electric Company, Limited (now known as Hawaiian Electric Company, Inc.), granting an easement over said Easement "3" and "4".

h.   Grant dated December 13, 1961, recorded in said Office as Document No. 284201, and also recorded in said Bureau in Liber 4192, Page 440, in favor of The Hawaiian Electric Company, Limited (now known as Hawaiian Electric Company, Inc.), granting a right and easement for electrical purposes.

i.   Grant dated August 11, 1970, recorded in said Office as Document No. 520989, and also recorded in said Bureau in Liber 7300, Page 293, in favor of Hawaiian Telephone Company (now known as Verizon Hawaii Inc.) and American Telephone and Telegraph Company, now known as AT&T, granting a right and easement to lay, install, construct, repair, maintain, operate, use and remove wire lines, cables, etc. for the transmission of electricity to be used for communication etc. over, across, through and under Easement "4" for a term of fifty-eight (58) years from the date hereof.

j.   Grant (unrecorded) dated July 5, 1963, in favor of Hawaiian Electric Company, Inc., granting an easement for utility purposes.

k.   Easement "14" (area 7,362 square feet) for telephone pole line purposes, as shown on Map 9, as set forth by Land Court Order No. 118969, filed December 7, 1994.

l.   Easement "15" (area 25,360 square feet) for telephone pole line purposes, as

-20-

shown on Map 9, as set forth by Land Court Order No. 118969, filed December 7, 1994.

3.  Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

4.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

5.  Claims arising out of the failure to convey the land described hereinabove together with an easement or right of access.

Tax Map Key: Oahu 6-8-3-40

**END OF EXHIBIT A**