# Comparison of Haw. Rev. Stat. and Rev. Code of Wash.

HRS §431:15-103 defines a "reciprocal state" as follows:

Any state other than this state in which in substance and effect sections 431:15-307(a), 431:15-403, 431:15-404, and 431:15-406 through 431:15-408 are in force, and in which provisions are in force requiring the commissioner or equivalent official be the receiver of a delinquent insurer, and in which some provision exists for the avoidance of fraudulent conveyance and preferential transfers.

Washington has "in substance and effect" adopted the listed provisions of Hawaii law (*see* HRS 431:15-103), although the Hawaii statutory provisions refer only to liquidation, whereas the equivalent provisions under Washington law address "delinquency proceedings" (i.e. liquidation as well as rehabilitation, reorganization and conservation). Below is a list of the provisions of Hawaii law that HRS 431:15-103 requires another state to have in force and effect, and the corresponding provision(s) of the Revised Code of Washington:

| | |
|---|---|
| HRS 431:15-307(a) | RCW 48.99.020, 48.31.060 (commissioner as liquidator and powers of liquidator) |
| HRS 431:15-403 | RCW 48.31.171 (domiciliary liquidators in other states) |
| HRS 431:15-404 | RCW 48.99.030 (ancillary proceedings involving foreign insurers) |
| HRS 431:15-406 | RCW 48.99.040 (claims of nonresidents against domestic insurers) |
| HRS 431:15-407 | RCW 48.99.050 (claims of residents against foreign insurers domiciled in reciprocal states) |
| HRS 431:15-408 | RCW 48.99.070 (attachment, garnishment, execution) |
| Commissioner must be receiver of delinquent insurer | RCW 48.99.020 |
| Avoidance of fraudulent conveyances and preferential transfers | RCW 48.31.270 |

**EXHIBIT 6**