IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS IN REM CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS "1" TO "6" was duly served via hand delivery to the following persons on the date indicated below:

TO: LEX R. SMITH, ESQ.
     CRAIG K. SHIKUMA, ESQ.
     KENNETH M. NAKASONE, ESQ.
     Kobayashi Sugita & Goda
     First Hawaiian Center
     999 Bishop Street, Suite 2600
     Honolulu, Hawaii 96813

     JOHN S. EDMUNDS, ESQ.
     RONALD J. VERGA, ESQ.
     Edmunds & Verga
     Davies Pacific Center
     841 Bishop Street, Suite 2104
     Honolulu, Hawaii  96813

Attorneys for Plaintiffs
MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.

Dated: Honolulu, Hawaii, February 16, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE COMPANY