381460
Of Counsel
KOBAYASHI, SUGITA & GODA

LEX R. SMITH #3485
CRAIG K. SHIKUMA #4018
KENNETH M. NAKASONE #6942
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3889
Telephone: 539-8700

EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS 734-0
jedmunds@ev-law.com
RONALD J. VERGA 2638-0
rjverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone: (808) 524-2000

Attorneys for Plaintiffs
MOKULEIA PRESERVATION PARTNERS, L.L.C.;
MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 01 2005

at ___ o'clock and ___ min. ___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. 04-00283 DAE BMK<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. AND MOKULEIA POLO FARMS, L.L.C.'S MOTION TO COMPEL ARBITRATION |



EXHIBIT A

| | |
|---|---|
| WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION AND ORDER FOR WITHDRAWAL OF MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. AND MOKULEIA POLO FARMS, L.L.C.'S MOTION TO COMPEL ARBITRATION

On May 17, 2005, a status conference was held in the above captioned matter before the Honorable David A. Ezra. Plaintiffs were represented by Lex Smith and John Edmunds, who appeared telephonically. Defendant was represented by Terence Yamamoto. Pursuant to the discussions that took place at the status conference, the parties agree as follows:

1. Plaintiffs' pending Motion to Compel Arbitration ("Motion") is hereby withdrawn.

2. The Motion shall be automatically reinstated on July 6, 2005 unless the parties notify the Court prior to that date that this matter has been settled.

3. If Defendant wishes to present any written opposition to the Motion or any jurisdictional, related or countermotions, then Defendant shall serve, but not file, all such papers at least eighteen days prior to July 6, 2005 and the parties shall serve, but not file, any response within the time period called for by the Local Rules.

4. Upon reinstatement of the Motion, the Court shall order that all documents served pursuant to paragraph 3 above will be filed nunc pro tunc. The Court shall thereafter hold a hearing and dispose of the Motion as well as any other motions that may be filed by the Defendant.

DATED: Honolulu, Hawaii, May 19, 2005.

_____
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms,
L.L.C.

_____
TERENCE YAMAMOTO

Attorney for Defendant
WESTERN UNITED LIFE ASSURANCE
COMPANY

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

---

MOKULEIA PRESERVATION PARTNERS, L.L.C. et al. v. WESTERN UNITED LIFE ASSURANCE COMPANY; CIVIL NO. 04-00283 DAE BMK; STIPULATION AND ORDER FOR WITHDRAWAL OF MOKULEIA PRESERVATION PARTNRES, L.L.C.; MALANI, INC. AND MOKULEIA POLO FARMS, L.L.C.'s ARBITRATION