KOBAYASHI, SUGITA & GODA

| | |
|---|---|
| LEX R. SMITH | 3485-0 |
| lrs@ksglaw.com | |
| CRAIG K. SHIKUMA | 4018-0 |
| cks@ksglaw.com | |
| KENNETH M. NAKASONE | 6942-0 |
| kmn@ksglaw.com | |

999 Bishop Street, Suite 2600
Honolulu, Hawai`i 96813-3889
Tel:   (808) 539-8700
Fax:   (808) 539-8799

EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JOHN S. EDMUNDS | 734-0 |
| jedmunds@ev-law.com | |
| RONALD J. VERGA | 2638-0 |
| rverga@ev-law.com | |

841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Tel:   (808) 524-2000
Fax:   (808) 528-3585

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 4 2005

at 8 o'clock and 30 min. __M
SUE BEITIA, CLERK

**LODGED**

SEP 3 0 2005   11:10

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | CIVIL NO. 04-00283 DAE/BMK |
| | SECOND STIPULATION AND ORDER |
| Plaintiffs, | |
| vs. | |

C:\Data\CLIENTS\Mokuleia\014.wpd



EXHIBIT B

| | |
|---|---|
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## SECOND STIPULATION AND ORDER

IT IS HEREBY stipulated and agreed, by and between Plaintiffs and WULA, through their respective undersigned counsel, as follows:

1. Plaintiffs Mokuleia Preservation Partners, L.L.C., Malani, Inc., and Mokuleia Polo Farms, L.L.C. (hereinafter collectively referred to as "Plaintiffs"), and Defendant Western United Life Assurance Company (in receivership for purposes of rehabilitation) (hereinafter "WULA") previously entered into a standstill agreement, pursuant to a Stipulation and Order filed herein on December 28, 2004 ("Standstill Stipulation"), as supplemented by a Supplemental Stipulation and Order, filed January 7, 2005, a Second Supplemental Stipulation and Order, filed January 13, 2005, a Third Supplemental Stipulation and Order, filed March 30, 2005, a Fourth Supplemental Stipulation and Order, filed April 5, 2005 and a Stipulation and Order filed June 13, 2005.

2. Numbered paragraph 3 of the aforesaid June 13, 2005 Stipulation and Order provided that "In the event the issues in dispute in this case are not fully and finally resolved between the parties in this case by October 3,

2005, then, counsel for the parties may, subject to approval of this Court, file a further stipulation, on or before October 3, 2005, to extend the term of this standstill agreement."

3. On September 7, 2005, at 10 a.m., counsel for the parties attended a non-record status conference in this case presided over by Magistrate-Judge Barry M. Kurren. At that time, a further status conference was before Magistrate-Judge Kurren on October 12, 2005.

4. Since the October 12, 2005 status conference obviously comes after the October 3, 2005 deadline for filing a further Stipulation extending the standstill agreement, as contemplated in paragraph 3 of the aforesaid June 12, 2005 Order (as referred to in paragraph 2, above), it is hereby stipulated and agreed that the October 3, 2005 deadline contained therein shall be, and the same is hereby, extended through and including October 12, 2005.

5. Notwithstanding the foregoing, as previously recited in the June 13, 2005 Stipulation and Order, the Standstill Stipulation may be terminated by either party upon written notice as provided in the Stipulation and Order filed herein on December 28, 2004 (which latter document has been referred to as the "Standstill Stipulation" in this case), as supplemented.

6.   All prior stipulations by and between the parties herein not specifically contradicted by the terms of this Stipulation and Order shall remain in full force and effect, including the stipulation in paragraph 2, page 3 of the June 13, 2005 Stipulation and Order which stated that the withdrawal of Plaintiffs of their Motion To Compel Arbitration was without prejudice, and such withdrawal shall not be used by either party as a basis or ground for a motion and/or opposition to any motion filed, and as the basis or ground for the arguments/positions of the parties in this case, including but not limited to, the Notice of Pendency of Action filed herein by Plaintiffs.

DATED:  Honolulu, Hawai`i, _____ SEP 3 0 2005 _____.

_____
JOHN S. EDMUNDS
LEX R. SMITH

Attorneys for Plaintiffs

_____
WARREN PRICE III
TERENCE S. YAMAMOTO

Attorneys for Defendant

APPROVED AND SO ORDERED:

DAVID ALAN EZRA
_____
JUDGE OF THE ABOVE-ENTITLED COURT

_____
Mokuleia Preservation Partners, L.L.C.; et al. v. Western United Life
Assurance Company
Civil No. 04-00283 DAE/BMK

SECOND STIPULATION AND ORDER