8/10/05
To: John Edmunds
From: Ken Nakasone

371637
Of Counsel
KOBAYASHI, SUGITA & GODA

LEX R. SMITH #3485
CRAIG K. SHIKUMA #4018
KENNETH M. NAKASONE #6942
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3889
Telephone: 539-8700

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 27 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

## SCHEDULING CONFERENCE STATEMENT

Plaintiffs Mokuleia Preservation Partners, L.L.C. ("MPP"); Malani, Inc. ("Malani") and Mokuleia Polo Farms, L.L.C. ("MPF"); (MPP, Malani and MPF


EXHIBIT C

collectively "Plaintiffs), by and through their attorneys, Kobayashi, Sugita & Goda, hereby submit their Scheduling Conference Statement pursuant to Fed. R. Civ. P., Rules 16 and 26 and Local Rule 16.2.

I. STATEMENT OF THE CASE

This action concerns the purchase, development and sale of certain parcels of real property located on the Island of Oahu, State of Hawaii. The parties hereto have generally referred to the subject properties as the "Mauka Land" more particularly described as Tax Map Key Nos.: Oahu 6-8-2-6, 9, 11 and 16, 6-8-3-5, 6, 11, 15, 16, 19, 20, 21, 30, 31, 33, 34, 35, 38 and 40 (collectively "Mauka Land").

Defendant Western United Life Assurance Company ("WULA") currently holds title to the Mauka Land.

Plaintiffs Mokuleia Preservation Partners, L.L.C. ("MPP"), Malani, Inc. ("Malani") and Mokuleia Polo Farms, L.L.C ("MPF") (collectively "Plaintiffs") own interests in the Mauka Land as memorialized in various documents:

1. MPP owns an interest in and to the Mauka Land pursuant to the Dillingham Ranch Development Agreement, effective as of July 31, 2002, as amended by Joinder to Dillingham Ranch Development Agreement dated December 20, 2002 and Amendment to Dillingham Ranch Development

2

Agreement, executed in 2003 but effective as of July 31, 2002 (collectively "Development Agreement") by and among MPP, WULA and its affiliate.

2. Malani has an interest in and to the Mauka Land pursuant to the Consultant Agreement dated July 31, 2002, as amended by the Joinder To Consultant Agreement dated December 20, 2002 (collectively "Malani Agreement") by and among Malani, WULA and its affiliate.

3. MPF has an interest in and to the Mauka Land pursuant to the Consultant Agreement dated July 31, 2002, as amended by the Joinder To Consultant Agreement dated December 20, 2002 (collectively "MPF Agreement") by and among MPF, WULA and its affiliate.

Through these agreements, the parties intended to recognize and document MPP, Malani and MPF's interests in and to the Mauka Land. All of these agreements are governed by Hawaii law. The Malani Agreement and the MPF Agreement each provides that: "This Agreement shall be governed by the laws of the State of Hawaii both as to interpretation and performance." Likewise, the Development Agreement provides that: "This Agreement shall be governed by and construed in accordance with the laws of the State of Hawaii."

Plaintiffs are concerned that WULA is currently attempting to sell the Mauka Land without recognizing the interests of MPP, Malani and MPF in the

3

property and in breach of WULA's obligations to MPP, Malani and MPF under the Development Agreement, the February 23, 2004 agreement relating to a sale of the Mauka Land ("February 23 Agreement"), the Malani Agreement and the MPF Agreement.

Plaintiffs are seeking equitable liens on the Mauka Land in a sum equal to the amounts due to Plaintiffs under their respective agreements. Plaintiffs are also seeking an equitable lien on the Mauka Land in a sum equal to the advances they made for the care, maintenance, protection and/or operation of the Mauka Land pursuant to their property management agreement with WULA.

In addition, Plaintiffs are seeking rescission and/or other equitable relief based on WULA's fraud/misrepresentation regarding the financial capability of WULA made to induce Plaintiffs to transfer their interests in the Mauka Land to WULA and/or to perform on the respective agreements relating to the Mauka Land.

## II. STATEMENT OF JURISDICTION AND VENUE

This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. § 1332(a)(1). Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a). The amount in controversy exceeds the jurisdictional minimum

## III. JURY TRIAL DEMAND

There is no demand for a jury trial.

4

IV. <u>STATEMENT ADDRESSING APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES</u>

The parties have not made any disclosures pursuant to Rule 26. This case has been in a standstill pursuant to the January 7, 2005 and January 13, 2005 Stipulations and Orders.

V. <u>DISCOVERY</u>

No formal discovery has been conducted by the parties as of this date. There is no pending discovery. Plaintiffs are seeking to have this case arbitrated pursuant to the arbitration agreements between the parties and such discovery would be handled in the arbitration.

VI. <u>MOTIONS PENDING</u>

On December 7, 2004, Plaintiffs filed a Motion to Compel Arbitration.

On January 7, 2005, the parties entered into the Supplemental Stipulation and Order.

On January 13, 2005, the parties entered in the Second Supplemental Stipulation and Order.

VII. <u>STATEMENT ADDRESSING APPROPRIATENESS OF ANY OF THE SPECIAL PROCEDURES IN FED.R.CIV.P. 16 AND LR 16.2</u>

Plaintiffs do not anticipate the need for any special procedures in FRCP 15 and LR 16.2 at this time.

## VIII. RELATED CASES

1. <u>Mokuleia Preservation Partners, LLC., et. al. and Western United Life Assurance Company, et. al.</u>, 04-0171 M/A - this action is related to and was concurrently filed with a Demand for Arbitration with Dispute Prevention and Resolution, Inc., ("DPR") in Honolulu, Hawaii, pursuant to mediation arbitration provisions in the relevant agreements.

2. <u>Mike Kreidler, Insurance Commissioner v. Western United Life Assurance Company</u>, 04-2-00406-1 in the State of Washington Thurston County Superior Court – WULA has been placed in rehabilitation in the State of Washington.

3. <u>Gib Black Advertising Group, Inc. v. Dillingham Ranch Management LLC, et. al.</u>, Civil No. 04-1-1272-07 (SSM) in the Circuit Court of the First Circuit, State of Hawaii – this action arises from WULA's breach of its agreement to pay Gib Black Advertising Group, Inc. for advertising services that WULA instructed Dillingham Ranch Management (as WULA's agent) to obtain on WULA's behalf.

DATED: Honolulu, Hawaii, _____MAY 2 7 2005_____.

_____[signature]_____
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms,
L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing will be duly served upon the following parties at their last known addresses by the following means:

|  | MAIL | HAND DELIVERY |
|---|---|---|
| WARREN PRICE III, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>WESTERN UNITED LIFE<br>ASSURANCE COMPANY |  | ✓ |

|  | MAIL | HAND DELIVERY |
|---|---|---|
| CSC Services of Hawaii, Inc.<br>Pauahi Tower, Suite 1600<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Servicing Agent for<br>WESTERN UNITED LIFE<br>ASSURANCE COMPANY | | ✓ |

DATED: Honolulu, Hawaii, _____MAY 2 7 2005_____.

*/s/*

LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms,
L.L.C.

2