IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | ) ) ) ) ) | CIVIL NO. 04-00283 DAE/BMK  DECLARATION OF A. BERNARD BAYS, ESQ. |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF A. BERNARD BAYS, ESQ.

1. My name is A. Bernard Bays and I am now and was at all times described in this Declaration an attorney duly licensed to practice law in the State of Hawaii and before the Federal District Court for the District of Hawaii.

2. My partner, Mike Dailey and I are and were at all times pertinent herein the principals in the named plaintiff Limited Liability Companies in this case, viz., Mokuleia Preservation Partners, L.L.C., and Mokuleia Polo Farms, L.L.C., and I am authorized to make this Declaration on behalf of each said Plaintiff.

3. Some weeks prior to the time WULA filed its motions to dismiss and to expunge the lis pendens which Plaintiffs filed in this case, I informed opposing counsel, Warren Price, Esq., that (i) I was aware of the upcoming March 15, 2006 closing date on the sale of the property on which Plaintiffs have filed their lis pendens and (ii) provided Plaintiffs are paid the distributions to which they are entitled under their contracts, as previously promised by WULA, Plaintiffs will withdraw said lis pendens so that said closing can proceed.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2006.

_____
A. BERNARD BAYS