IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> DECLARATION OF LEX R. SMITH |

## DECLARATION OF LEX R. SMITH

Lex R. Smith declares:

    1. I am an attorney licensed to practice law before this Court and one of the attorneys representing Plaintiffs Mokuleia Preservation Partners, L.L.C.; Malani, Inc. and Mokuleia Polo Farms, L.L.C. in this case.

    2. I have read the attached Memorandum and Declaration of John S. Edmunds, Esq.. Each of the statements contained therein is true to the best of my

knowledge, information and belief

The foregoing is true under penalty of perjury.

_____
LEX R. SMITH