CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons at their last known addresses, as indicated below, on FEB 2 1 2006 :

|  MAILED | HAND DELIVERED | |
|---|---|---|
| [ ] | [ ✓ ] | WARREN PRICE III, ESQ.<br>TERENCE S. YAMAMOTO, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI 96813<br><br>Attorneys for Defendant |

DATED: Honolulu, Hawaii, February 21, 2006.

_____
JOHN S. EDMUNDS
RONALD J. VERGA

Co-Counsel for Plaintiffs

1