IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> DECLARATION OF TERENCE S. YAMAMOTO |

DECLARATION OF TERENCE S. YAMAMOTO

TERENCE S. YAMAMOTO, hereby declares:

1. I am an attorney duly licensed to practice in the State of Hawaii and before this Honorable Court.

2. I am one of the attorneys representing Defendant Western United Life Assurance Company ("WULA") in the above-captioned action.

3. Each of the statements herein are true to the best of my personal knowledge, information, and belief.

4. The sale of the Dillingham Ranch property is an essential component to negotiating a fair settlement of this matter.

5. The parties have not yet been able to agree upon an amount that Plaintiffs should fairly receive from the pending

sale (assuming it closes), and a further settlement conference before Magistrate-Judge Kurren is scheduled for March 9, 2006.

6. The sale of the Dillingham Ranch property is currently scheduled to close on March 15, 2006, and the pending sale will not close if the *lis pendens* remains in place.

7. As was indicated to Magistrate-Judge Kurren at the Settlement Conference on February 7, 2006, WULA and its Receiver are committed to making every reasonable effort to achieve a fair settlement.

I, TERENCE S. YAMAMOTO, do declare under penalty of law that I am over eighteen years of age and that the foregoing statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, February 24, 2006.

_____
TERENCE S. YAMAMOTO