IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br>  Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br>  Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S **REPLY** TO PLAINTIFFS MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. AND MOKULEIA POLO FARMS, L.L.C.'S MEMORANDUM IN OPPOSITION TO DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION, FILED 2/21/06 was duly served via hand delivery to the following persons on the date indicated below:

    TO:  LEX R. SMITH, ESQ.
         CRAIG K. SHIKUMA, ESQ.
         KENNETH M. NAKASONE, ESQ.
         Kobayashi Sugita & Goda
         First Hawaiian Center
         999 Bishop Street, Suite 2600
         Honolulu, Hawaii 96813

```
JOHN S. EDMUNDS, ESQ.
RONALD J. VERGA, ESQ.
Edmunds & Verga
Davies Pacific Center
841 Bishop Street, Suite 2104
Honolulu, Hawaii 96813

    Attorneys for Plaintiffs
    MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI,
    INC. and MOKULEIA POLO FARMS, L.L.C.
```

DATED:  Honolulu, Hawaii, February 24, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE
COMPANY