Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE, III          1212
TERENCE S. YAMAMOTO        1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com
Email: tyamamoto@pohlhawaii.com

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION; DECLARATION OF TERENCE S. YAMAMOTO; ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION; CERTIFICATE OF SERVICE <br><br> Date: _____ <br> Time: _____ <br> Judge: Hon. David A. Ezra |

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION

Defendant Western United Life Assurance Company ("WULA"), by and through its undersigned counsel, hereby makes this *ex parte* motion to shorten time for hearing on its Motion To Dismiss *In Rem* Claims And For Expungement Of Notice Of Pendency Of Action ("Motion to Dismiss").

This motion is made pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.2(b) of the Rules of the United States District Court for the District of Hawai'i, and is supported by the Declaration of Terence S. Yamamoto, attached hereto, and the records and files herein.

Dated: Honolulu, Hawai'i, February 16, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE COMPANY