Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE, III          1212
TERENCE S. YAMAMOTO        1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com
Email: tyamamoto@pohlhawaii.com

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> DECLARATION OF TERENCE S. YAMAMOTO |

### DECLARATION OF TERENCE S. YAMAMOTO

TERENCE S. YAMAMOTO, hereby declares:

1.  I am an attorney duly licensed to practice in the State of Hawaii and before this Honorable Court.

2.  I am one of the attorneys representing Defendant Western United Life Assurance Company ("WULA") in the above-entitled action.

3.  I have personal knowledge of the matters stated herein.

4.  WULA is prepared to file, forthwith, its Motion To Dismiss *In Rem* Claims And For Expungement Of Notice Of Pendency Of Action ("Motion To Dismiss").

5.  Pursuant to Local Rule 7.2(b), the Court may grant an *ex parte* motion to shorten the time for hearing and hear a motion in less than the standard 28 days after service of the motion.

6.  In connection with its Complaint filed herein on May 3, 2004, the Plaintiffs filed a Notice of Pendency of Action ("lis pendens"), and recorded the same in the Bureau of Conveyances of the State of Hawaii in the regular system as Document No. 2002-230820, and in the Land Court of the State of Hawaii as Land Court Document No. 2875193, pursuant to Haw. Rev. Stat. §§ 501-151 and 634-51.

7.  The parties are engaged in settlement discussions before Magistrate Kurren in an effort to resolve the claims pled in the instant action, and have a further settlement conference scheduled for March 9, 2006, at 11:30 a.m.

8. However, the Dillingham Ranch property involved in this action (which is described as the Mauka Land) is in the process of being sold by the Receiver for Defendant Western United Life Assurance Company ("WULA"), with a closing date presently scheduled for March 15, 2006.

9. WULA is a Washington insurance company that was placed in receivership in the State of Washington for purposes of rehabilitation on March 2, 2004.

10. The sale of this "Mauka Land" cannot close unless the lis pendens is released or is expunged.

11. In the event the parties are unable to achieve a settlement, WULA's Motion To Dismiss *In Rem* Claims and Expunge Lis Pendens must be heard and determined prior to the March 15, 2006 closing date.

12. Considering the great urgency of this matter, WULA respectfully requests that its Motion To Dismiss *In Rem* Claims And For Expungement Of Notice Of Pendency Of Action be heard by the Court on an expedited basis and as soon as possible.

I, TERENCE S. YAMAMOTO, do declare under penalty of law that I am over eighteen years of age and that the foregoing statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawai'i, February 16, 2006.

_____
TERENCE S. YAMAMOTO