Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE, III        1212
TERENCE S. YAMAMOTO      1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com
Email: tyamamoto@pohlhawaii.com

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION |

**ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION**

The Court, having considered the *Ex Parte* Motion to Shorten Time for Hearing on Defendant Western United Life Assurance Company's Motion To Dismiss *In Rem* Claims And For Expungement Of

Notice Of Pendency Of Action ("Motion To Dismiss"), the Declaration of Terence S. Yamamoto, and the record and file herein, finds that good cause is shown to shorten the time for hearing on the Motion To Dismiss.

THEREFORE, IT IS HEREBY ORDERED:

1. That the Ex Parte Motion to Shorten Time for Hearing on Defendant Western United Life Assurance Company's Motion To Dismiss *In Rem* Claims And For Expungement Of Notice Of Pendency Of Action is GRANTED; and

2. That Defendant Western United Life Assurance Company's Motion To Dismiss *In Rem* Claims And For Expungement Of Notice Of Pendency Of Action shall be set for hearing on _____ at _____ a.m./p.m. before the undersigned judge.

Dated: Honolulu, Hawai'i, _____.

**DENIED**
_____
Judge of the Above Entitled Court

UNITED STATES DISTRICT JUDGE

---

Civil No. 04-00283 DAE BMK; ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> CERTIFICATE OF SERVICE <br><br> (Re: *Ex Parte* Motion To Shorten Time For Hearing On Defendant Western United Life Assurance Company's Motion To Dismiss *In Rem* Claims And For Expungement Of Notice of Pendency Of Action) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS IN REM CLAIMS AND FOR EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION was duly served via hand delivery to the following persons on the date indicated below:

TO: LEX R. SMITH, ESQ.
CRAIG K. SHIKUMA, ESQ.
KENNETH M. NAKASONE, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

```
JOHN S. EDMUNDS, ESQ.
RONALD J. VERGA, ESQ.
Edmunds & Verga
Davies Pacific Center
841 Bishop Street, Suite 2104
Honolulu, Hawaii  96813

    Attorneys for Plaintiffs
    MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI,
    INC. and MOKULEIA POLO FARMS, L.L.C.
```

Dated: Honolulu, Hawaii, February 16, 2006.

_____
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE ASSURANCE
COMPANY