# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00283DAE-BMK |
| CASE NAME: | Mokuleia Preservation Partners v. Western United Life Assurance Co. |
| ATTYS FOR PLA: | John S. Edmunds, Bernard Bays, Michael Davis, Warren Price III |
| ATTYS FOR DEFT: | Terence A. Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/9/2006 | TIME: | 11:30 - 1:10 |

COURT ACTION:  EP: Further Settlement Conference held.
Further conference set for 3-24-06 @ 3:30 p.m. Hawaii time before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager