
KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
lrs@ksglaw.com
CRAIG K. SHIKUMA            4018-0
cks@ksglaw.com
KENNETH M. NAKASONE   6942-0
kmn@ksglaw.com
999 Bishop Street, Suite 2600
Honolulu, Hawai`i 96813-3889
Tel:   (808) 539-8700
Fax:   (808) 539-8799

EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS            734-0
jedmunds@ev-law.com
RONALD J. VERGA            2638-0
rverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Tel:   (808) 524-2000
Fax:   (808) 528-3585

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2006

at 8 o'clock and 56 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.,<br><br>　　　　Plaintiffs,<br><br>　　vs. | CIVIL NO. 04-00283 DAE/BMK<br><br>PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT WESTERN UNITED LIFE ASSURANCE COMPANY'S MOTION TO DISMISS *IN REM* CLAIMS AND FOR |

C:\Data\CLIENTS\Mokuleia\020.wpd

| | | |
|---|---|---|
| WESTERN UNITED LIFE ASSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | EXPUNGEMENT OF NOTICE OF PENDENCY OF ACTION; DECLARATION OF A. BERNARD BAYS; DECLARATION OF JOHN S. EDMUNDS; EXHIBITS A – D; APPENDIX 1 – 9; CERTIFICATE OF COMPLIANCE; AND CERTIFICATE OF SERVICE<br><br>HEARING:<br>Date:     April 28, 2006<br>Time:    9:45 a.m.<br>Judge:   Hon. David A. Ezra<br><br>NO TRIAL DATE |