IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | ) ) ) ) ) | CIVIL NO. 04-00283 DAE/BMK<br><br>DECLARATION OF A. BERNARD BAYS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF A. BERNARD BAYS

I, A. Bernard Bays, declare as follows:

1. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

2. I am the President, Treasurer and Director of Plaintiff Malani, Inc. ("Malani").

3. I am also the Trustee of my pension plan, A. Bernard Bays, A Law Corporation, Money Purchase Pension Plan which is the sole member of ABBALC, LLC which in turn is a member of Plaintiff Mokuleia Preservation Partners, L.L.C. ("MPP").

C:\Data\CLIENTS\Mokuleia\020.wpd

4. Michael K. Dailey is the sole member of Mokuleia Polo Farms, L.L.C. ("MPF") which in turn is also a member of MPP.

5. Neither I nor any of the plaintiffs in this action were served in the Washington insurance proceeding in which WULA is undergoing rehabilitation before this action was filed, nor have any of the plaintiffs appeared in that action.

6. Attached as Exhibit A to the motion filed herewith is a true and accurate copy of my declaration of December 1, 2004, filed in support of Plaintiffs' Motion to Compel Arbitration in this action.

7. Attached as Exhibit D to the motion filed herewith are true and accurate copies of the Development Agreement, MPF Agreement and Malani Agreement, as described in the Motion to Compel Arbitration.

8. I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on April 10, 2006.

*[signature]*
A. BERNARD BAYS