IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | ) ) ) ) ) | CIVIL NO. 04-00283 DAE/BMK<br><br>DECLARATION OF JOHN S. EDMUNDS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF JOHN S. EDMUNDS

1. I am now and was at all times pertinent herein one of the attorneys representing Plaintiffs in the above-captioned case.

2. Each of the statements in the Memorandum to which this Declaration is attached and which cites to this Declaration is true to the best of my knowledge, information and belief.

3. I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on April 10, 2006.

_____
JOHN S. EDMUNDS
Mokuleia Preservation Partners, L.L.C., et al. v. Western United Life Assurance Company
Civil No. 04-00283 DAE/BMK

DECLARATION OF JOHN S. EDMUNDS