Of Counsel:
PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE, III         1212
TERENCE S. YAMAMOTO   1668
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone No.: 538-1113
Facsimile No.: 533-0549
Email: wprice@pohlhawaii.com
Email: tyamamoto@pohlhawaii.com

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 3 2005

at 11 o'clock and 22 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br>  Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br>  Defendant. | CIVIL NO. 04-00283 DAE BMK <br><br> STIPULATION AND ORDER |



EXHIBIT B

## STIPULATION AND ORDER

Whereas, Plaintiffs Mokuleia Preservation Partners, L.L.C., Malani, Inc., and Mokuleia Polo Farms, Inc., L.L.C. (hereinafter collectively referred to as "Plaintiffs"), and Defendant Western United Life Assurance Company (in receivership for purposes of rehabilitation) (hereinafter "WULA") previously entered into a standstill agreement, pursuant to a Stipulation and Order filed herein on December 28, 2004 ("Standstill Stipulation"), as supplemented by a Supplemental Stipulation and Order, filed January 7, 2005, a Second Supplemental Stipulation and Order, filed January 13, 2005, a Third Supplemental Stipulation and Order, filed March 30, 2005, and a Fourth Supplemental Stipulation and Order, filed April 5. 2005;

Whereas, the Standstill Stipulation, as supplemented, has expired, but the parties desire to reinstate the standstill agreement to enable the parties to continue to attempt in good faith to resolve the issues that are the subject of this litigation;

NOW, THEREFORE, IT IS HEREBY stipulated and agreed, by and between Plaintiffs and WULA, through their respective undersigned counsel, as follows:

1.   The Standstill Stipulation, as supplemented, shall be reinstated and continue under the same terms and conditions, except as provided herein, until

October 3, 2005, provided that the standstill may be terminated by either party upon written notice as provided in the Standstill Stipulation, as supplemented.

2. The Motion To Compel Arbitration filed by Plaintiffs herein is hereby withdrawn, without prejudice, and such withdrawal shall not be used by either party as a basis or ground for a motion and/or opposition to any motion filed, and as the basis or ground for the arguments/positions of the parties in this case, including but not limited to, the Notice of Pendency of Action filed herein by Plaintiffs.

3. In the event the issues in dispute in this case are not fully and finally resolved between the parties in this case by October 3, 2005, then, counsel for the parties may, subject to approval of this Court, file a further stipulation, on or before October 3, 2005, to extend the term of this standstill agreement.

Dated: Honolulu, Hawaii    JUN 7 - 2005    .

_____
JOHN S. EDMUNDS
LEX R. SMITH

Attorney for Plaintiffs
MOKULEIA PRESERVATION PARTNERS, L.L.C; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C.

3

_/s/ Terence S. Yamamoto_
WARREN PRICE, III
TERENCE S. YAMAMOTO

Attorneys for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

Approved and so ordered:

DAVID ALAN EZRA
_____
Judge of the Above-Entitled Court

---

Civil No. 04-00283 DAE BMK; Mokuleia Preservation Partners, L.L.C.; Malani, Inc. and Mokuleia Polo Farms, L.L.C, vs. Western United Life Assurance Company; STIPULATION AND ORDER

KOBAYASHI, SUGITA & GODA

| | |
|---|---|
| LEX R. SMITH | 3485-0 |

lrs@ksglaw.com

| | |
|---|---|
| CRAIG K. SHIKUMA | 4018-0 |

cks@ksglaw.com

| | |
|---|---|
| KENNETH M. NAKASONE | 6942-0 |

kmn@ksglaw.com
999 Bishop Street, Suite 2600
Honolulu, Hawai`i 96813-3889
Tel: (808) 539-8700
Fax: (808) 539-8799

EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JOHN S. EDMUNDS | 734-0 |

jedmunds@ev-law.com

| | |
|---|---|
| RONALD J. VERGA | 2638-0 |

rverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Tel: (808) 524-2000
Fax: (808) 528-3585

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 4 2005

at 8 o'clock and 30 min. __M
SUE BEITIA, CLERK

LODGED

SEP 3 0 2005  11:10
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., | ) ) ) ) ) | CIVIL NO. 04-00283 DAE/BMK  SECOND STIPULATION AND ORDER |
| Plaintiffs, | ) ) ) | |
| vs. | ) | |

| | |
|---|---|
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

### SECOND STIPULATION AND ORDER

IT IS HEREBY stipulated and agreed, by and between Plaintiffs and WULA, through their respective undersigned counsel, as follows:

1. Plaintiffs Mokuleia Preservation Partners, L.L.C., Malani, Inc., and Mokuleia Polo Farms, L.L.C. (hereinafter collectively referred to as "Plaintiffs"), and Defendant Western United Life Assurance Company (in receivership for purposes of rehabilitation) (hereinafter "WULA") previously entered into a standstill agreement, pursuant to a Stipulation and Order filed herein on December 28, 2004 ("Standstill Stipulation"), as supplemented by a Supplemental Stipulation and Order, filed January 7, 2005, a Second Supplemental Stipulation and Order, filed January 13, 2005, a Third Supplemental Stipulation and Order, filed March 30, 2005, a Fourth Supplemental Stipulation and Order, filed April 5, 2005 and a Stipulation and Order filed June 13, 2005.

2. Numbered paragraph 3 of the aforesaid June 13, 2005 Stipulation and Order provided that "In the event the issues in dispute in this case are not fully and finally resolved between the parties in this case by October 3,

2005, then, counsel for the parties may, subject to approval of this Court, file a further stipulation, on or before October 3, 2005, to extend the term of this standstill agreement."

3. On September 7, 2005, at 10 a.m., counsel for the parties attended a non-record status conference in this case presided over by Magistrate-Judge Barry M. Kurren. At that time, a further status conference was before Magistrate-Judge Kurren on October 12, 2005.

4. Since the October 12, 2005 status conference obviously comes after the October 3, 2005 deadline for filing a further Stipulation extending the standstill agreement, as contemplated in paragraph 3 of the aforesaid June 12, 2005 Order (as referred to in paragraph 2, above), it is hereby stipulated and agreed that the October 3, 2005 deadline contained therein shall be, and the same is hereby, extended through and including October 12, 2005.

5. Notwithstanding the foregoing, as previously recited in the June 13, 2005 Stipulation and Order, the Standstill Stipulation may be terminated by either party upon written notice as provided in the Stipulation and Order filed herein on December 28, 2004 (which latter document has been referred to as the "Standstill Stipulation" in this case), as supplemented.

6. All prior stipulations by and between the parties herein not specifically contradicted by the terms of this Stipulation and Order shall remain in full force and effect, including the stipulation in paragraph 2, page 3 of the June 13, 2005 Stipulation and Order which stated that the withdrawal of Plaintiffs of their Motion To Compel Arbitration was without prejudice, and such withdrawal shall not be used by either party as a basis or ground for a motion and/or opposition to any motion filed, and as the basis or ground for the arguments/positions of the parties in this case, including but not limited to, the Notice of Pendency of Action filed herein by Plaintiffs.

DATED: Honolulu, Hawai'i, **SEP 3 0 2005**  .

JOHN S. EDMUNDS
LEX R. SMITH

Attorneys for Plaintiffs

WARREN PRICE III
TERENCE S. YAMAMOTO

Attorneys for Defendant

APPROVED AND SO ORDERED:

DAVID ALAN EZRA
_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Mokuleia Preservation Partners, L.L.C.; et al. v. Western United Life Assurance Company
Civil No. 04-00283 DAE/BMK

SECOND STIPULATION AND ORDER