## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.5(e), I certify that Plaintiffs' Memorandum in Opposition to Defendant Western United Life Assurance Company's Motion to Dismiss *In Rem* Claims and for Expungement of Notice of Pendency of Action contains 8,202 words, as counted by the word processing system used to prepare this document.

DATED: Honolulu, Hawai`i, April 10, 2006.

_____
JOHN S. EDMUNDS
RONALD J. VERGA
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs