<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the following persons at their last known addresses, as indicated below, on April 10, 2006:

|  | HAND |  |
|---|---|---|
| <u>MAILED</u> | <u>DELIVERED</u> |  |
| [ ] | [X] | WARREN PRICE III, ESQ.<br>TERENCE S. YAMAMOTO, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI 96813 |

Attorneys for Defendant

DATED: Honolulu, Hawai`i, April 10, 2006.

_____
JOHN S. EDMUNDS
RONALD J. VERGA
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs

C:\Data\CLIENTS\Mokuleia\020.wpd