IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C., MALANI, INC., MOKULEIA POLO FARMS, L.L.C., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br>　　　　Defendant. | CIVIL NO. 04-00283 DAE-BMK <br><br>**ORDER REASSIGNING CASE** |

**ORDER REASSIGNING CASE**

　　Good cause appearing,

　　IT IS HEREBY ORDERED that the above-entitled case originally assigned to the Honorable David Alan Ezra is reassigned to the Honorable Robert E. Jones.

　　IT IS SO ORDERED.

　　DATED: Honolulu, Hawaii, April 18, 2006.



　　　　　　　　　　　　　　　　　　　　　　　/s/ Helen Gillmor_____
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge