IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | ) CIVIL NO. 04-00283  REJ/BMK <br> ) <br> ) DECLARATION OF LEX R. SMITH, <br> ) ESQ. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF LEX R. SMITH

I, LEX R. SMITH, under penalty of perjury, state as follows:

1.  I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Plaintiffs MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., in this case.

2.  Attached hereto as Exhibit "A" is a true and correct copy of *Independent Coal & Coke Co. v. United States*, 274 U.S. 640, 647, 47 S.Ct. 714, 71 L.Ed. 1270 1927), which was obtained by download through Westlaw.

3.  Attached hereto as Exhibit "B" is a true and correct copy of *United*

*States v. Parcel of Rumson, N.J. Land,* 507 U.S. 111 (1993), which was obtained by download through Westlaw.

  4. Attached hereto as Exhibit "C" is a true and correct copy of *H.B. Stevens v. American Savings Institution, Inc.*, 289 Or. 349, 613 P.2d, which was obtained by download through Westlaw.

  I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

  DATED: Honolulu, Hawaii, May 2, 2006.

              */s/ Lex R. Smith*