<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the following persons at their last known addresses, as indicated below, on May 2, 2006:

| MAILED | HAND DELIVERED | |
|---|---|---|
| [  ] | [ √ ] | WARREN PRICE III, ESQ.<br>TERENCE S. YAMAMOTO, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI 96813<br><br>Attorneys for Defendant |

DATED:  Honolulu, Hawai`i,   May 2, 2006          .

　　　　　　　　　　　　　　　　*/s/ Lex R. Smith*
　　　　　　　　　　　　　　　　LEX R. SMITH
　　　　　　　　　　　　　　　　CRAIG K. SHIKUMA
　　　　　　　　　　　　　　　　KENNETH M. NAKASONE
　　　　　　　　　　　　　　　　JOHN S. EDMUNDS
　　　　　　　　　　　　　　　　RONALD J. VERGA

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs