ORIGINAL

400029
Of Counsel
KOBAYASHI, SUGITA & GODA

LEX R. SMITH #3485
CRAIG K. SHIKUMA #4018
KENNETH M. NAKASONE #6942
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3889
Telephone: 539-8700

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2006

at __ o'clock and 10 min. __M
SUE BEITIA, CLERK

EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS #734
jedmunds@ev-law.com
RONALD J. VERGA #2638
rjverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone: (808) 524-2000

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. | CIVIL NO. 04-00283 DAE BMK <br><br> CERTIFICATE OF SERVICE <br><br> (Re: STIPULATION REGARDING PLAINTIFFS' USE OF OVERHEAD PROJECTOR TO DISPLAY CERTAIN EXHIBITS IN OPEN COURT; ATTACHMENTS 1-13) |

| | |
|---|---|
| WESTERN UNITED LIFE ASSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the STIPULATION REGARDING PLAINTIFFS' USE OF OVERHEAD PROJECTOR TO DISPLAY CERTAIN EXHIBITS IN OPEN COURT; ATTACHMENTS 1-13, filed on April 28, 2006 in the above-entitled matter, was served upon the following via U.S. mail, postage prepaid:

WARREN PRICE, III, ESQ.
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

Attorney for Defendant
WESTERN UNITED LIFE
ASSURANCE COMPANY

Dated: Honolulu, Hawaii,  MAY 0 2 2006                            .

LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

JOHN S. EDMUNDS

Attorneys for Plaintiffs
Mokuleia Preservation Partners, L.L.C.;
Malani, Inc. and Mokuleia Polo Farms, L.L.C.

2



**KOBAYASHI SUGITA & GODA**
ATTORNEYS · AT · LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700

# Instructions for Messenger

| Date: | May 2, 2006 | Atty: | KMN |
|---|---|---|---|
| Client: | Dillingham | Sec: | CC |
| Document: | O + 3: Certificate of Service (Re: STIPULATION REGARDING PLAINTIFFS' USE OF OVERHEAD PROJECTOR TO DISPLAY CERTAIN EXHIBITS IN OPEN COURT; ATTACHMENTS 1-13) | | |
| Deadline | Today please | Time: | |
| Filing Fee: | $ | | |
| Get Signature of: | | | |
| File at: | U.S. District Court | | |
| Deliver 2 filed copies to: | | | |
| Pickup from: | | | |
| Other Instructions: | Please mail a filed copy today in the attached envelope to Price and deliver a filed copy today in the attached envelope to Edmunds. | | |
| Return to: | CC - Thanks! | | |