ORIGINAL

KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
lrs@ksglaw.com
CRAIG K. SHIKUMA            4018-0
cks@ksglaw.com
KENNETH M. NAKASONE         6942-0
kmn@ksglaw.com
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3889
Tel: (808) 539-8700
Fax: (808) 539-8799

EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS             734-0
jedmunds@ev-law.com
RONALD J. VERGA             2638-0
rverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawaii 96813
Tel: (808) 524-2000
Fax: (808) 528-3585

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br>　　　　　　　　Plaintiffs, <br><br>　vs. <br><br>WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br>　　　　　　　　Defendant. | CIVIL NO. 04-00283 RJE/BMK <br><br>PLAINTIFFS' RELEASE OF NOTICE OF PENDENCY OF ACTION FILED ON MAY 3, 2004; CERTIFICATE OF SERVICE |

PLAINTIFFS' RELEASE OF NOTICE OF PENDENCY OF ACTION
FILED ON MAY 3, 2004

Plaintiffs MOKULEIA PRESERVATION PARTNERS, L.L.C., MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., by their undersigned attorneys, pursuant to Sections 501-151 and 634-51, Hawaii Revised Statutes, as amended, hereby release their Notice of Pendency of Action dated May 3, 2004, filed herein on May 3, 2004, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2004-087982 on May 3, 2004, and recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 3104421, duly noted on Transfer Certificate of Title Nos. 632,438 through 632,441, inclusive, on May 3, 2004.

DATED: Honolulu, Hawaii, May 12, 2006.

_____
JOHN S. EDMUNDS
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOKULEIA PRESERVATION PARTNERS, L.L.C.; MALANI, INC. and MOKULEIA POLO FARMS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN UNITED LIFE ASSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 04-00283 REJ/BMK <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of PLAINTIFFS' RELEASE OF NOTICE OF PENDENCY OF ACTION FILED ON MAY 3, 2004 was served on the following persons at their last known addresses by United States mail, postage-prepaid, on the date indicated below:

TO: WARREN PRICE III, ESQ.
    TERENCE S. YAMAMOTO, ESQ.
    707 Richards Street, Suite 728
    Honolulu, Hawaii 96813

    Attorneys for Defendant

DATED: Honolulu, Hawaii, 5/15/06.

JOHN S. EDMUNDS
LEX R. SMITH
CRAIG K. SHIKUMA
KENNETH M. NAKASONE

Attorneys for Plaintiffs