ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2006

at 3 o'clock and 19 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MOKULEIA PRESERVATION PARTNERS, )
L.L.C.; ET AL., )
)
                    Plaintiffs, )   Civil No. 04-cv-00283-REJ-BMK
)
      v. )   <u>O R D E R</u>
)
WESTERN UNITED LIFE ASSURANCE )
COMPANY, )
)
                    Defendant. )

  John S. Edmunds
  Ronald J. Verga
  EDMUNDS & VERGA
  Davies Pacific Center
  841 Bishop Street, Suite 2104
  Honolulu, HI 96813-3945

  Kenneth M. Nakasone
  Lex R. Smith
  KOBAYASHI SUGITA & GODA
  First Hawaiian Center
  999 Bishop Street, Suite 2600
  Honolulu, HI 96813-3889

  Attorneys for Plaintiffs

Terence S. Yamamoto
PRICE OKAMOTO HIMENO & LUM
Ocean View Center
707 Richards Street, Suite 728
Honolulu, HI 96813

   Attorney for Defendant


JONES, Judge:

   This matter having been fully settled, is dismissed. All pending motions are moot.

   IT IS SO ORDERED.

   DATED this 10th of August, 2006.

                                               _____
                                               ROBERT E. JONES
                                               U.S. District Judge


2 - ORDER