AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Mokuleia Preservatio, et al | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: 1:04-CV-00283-REJ-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| Western United Life Assurance Company | August 11, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case having been fully settled, it is hereby DISMISSED pursuant to the "Order" issued and signed by District Judge Robert E. Jones on August 10, 2006.

____August 11, 2006____  
Date

_____SUE BEITIA_____  
Clerk

_____[signature]_____  
(By) Deputy Clerk